IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and <br> CISCO TECHNOLOGY, INC., <br><br> Plaintiffs, <br> v. <br><br> TELCORDIA TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiffs state that Cisco Systems, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock, and that Cisco Technology, Inc. is a wholly-owned subsidiary of Cisco Systems, Inc.

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  /s/ Jack B. Blumenfeld

                                                  Jack B. Blumenfeld (No. 1014)
                                                  Leslie A. Polizoti (No. 4299)
                                                  1201 North Market Street

*Of Counsel:*
Matthew D. Powers
Edward R. Reines
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

                                                  P.O. Box 1347
                                                  Wilmington, DE  19899-1347
                                                  (302) 658-9200
                                                    *Attorneys for Plaintiffs*
                                                    *Cisco Systems, Inc. and Cisco Technology, Inc.*

Paul E. Torchia
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

February 23, 2007