AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    **DELAWARE**

**SUMMONS IN A CIVIL CASE**

CISCO SYSTEMS, INC., and
CISCO TECHNOLOGY, INC.,

      Plaintiffs,

   v.

**CASE NUMBER:**  07 - 1 1 3 -

TELCORDIA TECHNOLOGIES, INC.,

      Defendant.

TO:    Telcordia Technologies, Inc.
       c/o The Corporation Trust Company
       1209 Orange Street
       Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

      Jack B. Blumenfeld, Esquire
      Leslie A. Polizoti, Esquire
      Morris, Nichols, Arsht & Tunnell LLP
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

FEB 2 3 2007

_____
CLERK

DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 23, 2007 |
| NAME OF SERVER *(PRINT)*  Aaron Johnston | TITLE  Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: 

_____

☒ Other (specify):   Defendant Telcordia Technologies, Inc. was served via their registered agent The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801 on February 23, 2007 @ 2:35 p.m.  Service was accepted by Scott LaScala.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:   2/23/07
                  _____
                  Date                          *Signature of Server*   Courier
                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                1201 N. Market Street
                                                Wilmington, DE  19801
                                                *Address of Server*
                                                (302) 658-9200

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

745974.1