IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and<br>CISCO TECHNOLOGY, INC.,<br><br>           Plaintiffs,<br><br>           v.<br><br>TELCORDIA TECHNOLOGIES, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-113-GMS<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED ORDER**

WHEREAS, defense counsel respectfully request additional time to consider how they will respond to the complaint in the above action, and to consult with their client as to their proposed course of action; and

WHEREAS, there have been no prior requests to extend this answer deadline; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant must answer, move, or otherwise respond to the complaint in the above action is extended through and including April 16, 2007.


MORRIS NICHOLS ARSHT & TUNNELL LLP      ASHBY & GEDDES

*/s/ Jack B. Blumenfeld*                                 */s/ Steven J. Balick*
_____       _____
Jack B. Blumenfeld (I.D. #1014)             Steven J. Balick (I.D. #2114)
Leslie A. Polizoti (I.D. #4299)              John G. Day (I.D. #2403)
1201 North Market Street                    Tiffany Geyer Lydon (I.D. #3950)
P.O. Box 1347                                   500 Delaware Avenue, 8th Floor
Wilmington, DE 19899                    P.O. Box 1150
302-658-9200                                     Wilmington, Delaware 19899
*Attorneys for Plaintiffs*                       302-654-1888
                                                      *Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

178838.1