Format for Pro Hac Vice Motion(Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and | ) | |
| CISCO TECHNOLOGY, INC., | ) | |
| Plaintiffs | ) | Civil Action No. 07-113-GMS |
| v. | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
| Defendant | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Vincent P. Kovalick</u> to represent <u>Telcordia Technologies, Inc.</u> in this matter.

Signed: _____
John G. Day

John G. Day, I.D. No. 2403
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone No.: (302) 654-1888

Attorney for <u>Telcordia Technologies, Inc.</u>

Date:   <u>July 23, 2007</u>

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____         _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the <u>Bar of District of Columbia</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Signed: _____
Vincent P. Kovalick
Date:   <u>July 23, 2007</u>
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone No.: (202) 408-4000