IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>CISCO TECHNOLOGY, INC. | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CA. No. 07-113-GMS |
| TELCORDIA TECHNOLOGIES, INC. | )<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 14th day of August, 2007, **TELCORDIA 'S**

**INITIAL DISCLOSURES TO CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY,**

**INC.** was served upon the following counsel of record at the address and in the manner

indicated:


Jack B. Blumenfeld, Esquire                              HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Matthew D. Powers, Esquire                              VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Paul E. Torchia, Esquire                                 VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888

*Attorneys for Defendant*
*Telcordia Technologies, Inc*

*Of Counsel:*

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

Dated: August 14, 2007