IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and<br>CISCO TECHNOLOGY, INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>TELCORDIA TECHNOLOGIES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-113-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of *Plaintiffs Cisco Systems, Inc.'s and Cisco Technology, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)* were caused to be served on August 14, 2007 upon the following as indicated:

### BY HAND & E-MAIL

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

### BY E-MAIL

Donald R. Dunner
Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Leslie A. Polizoti*
                _____
                Jack B. Blumenfeld (#1014)
                Leslie A. Polizoti (#4299)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899-1347
                lpolizoti@mnat.com
                (302) 658-9200

                *Attorneys for Plaintiffs*
                *Cisco Systems, Inc. and Cisco Technology, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Paul E. Torchia
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

August 14, 2007
1211407

## CERTIFICATE OF SERVICE

I certify that on August 14, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES

I further certify that I caused copies to be served upon the following on August 14, 2007 in the manner indicated:

### BY HAND & E-MAIL

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

### BY E-MAIL

>Donald R. Dunner
>Vincent P. Kovalick
>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001

>/s/ Leslie A. Polizoti
>Leslie A. Polizoti (#4299)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE 19801
>(302) 658-9200
>lpolizoti@mnat.com