IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and <br> CISCO TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TELCORDIA TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-113-GMS <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

I hereby certify that copies of 1) *Cisco Systems, Inc.'s and Cisco Technology, Inc.'s First Set of Requests for the Production of Documents Nos. 1-66*; and 2) *Cisco Systems, Inc.'s and Cisco Technology, Inc.'s First Set of Interrogatories to Telcordia Technologies, Inc. Nos. 1-9* were caused to be served on August 17, 2007 upon the following as indicated:

**BY HAND & E-MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

**BY E-MAIL**

Donald R. Dunner
Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (No. 1014)
Leslie A. Polizoti (No. 4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
(302) 658-9200

   *Attorneys for Plaintiffs*
   *Cisco Systems, Inc. and Cisco Technology, Inc.*

*Of Counsel:*

Matthew D. Powers
Edward R. Reines
Sonal N. Mehta
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Paul E. Torchia
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY  10153
(212)  310-8000

August 17, 2007
1211407

## CERTIFICATE OF SERVICE

I certify that on August 17, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES

I further certify that I caused copies to be served upon the following on August 17, 2007 in the manner indicated:

### BY HAND & E-MAIL

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE  19801

### BY E-MAIL

> Donald R. Dunner
> Vincent P. Kovalick
> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
> 901 New York Avenue, N.W.
> Washington, D.C.  20001

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)