IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>CISCO TECHNOLOGY, INC. | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CA. No. 07-113-GMS |
| TELCORDIA TECHNOLOGIES, INC. | )<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2007, **TELCORDIA TECHNOLOGIES, INC.'S RESPONSES TO CISCO SYSTEMS, INC.'S AND CISCO TECHNOLOGY, INC.'S FIRST SET OF INTERROGATORIES TO TELCORDIA TECHNOLOGIES, INC. NOS. 1 – 9** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                          HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Matthew D. Powers, Esquire                        VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Paul E. Torchia, Esquire                              VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

                          ASHBY & GEDDES

                          */s/ Tiffany Geyer Lydon*
                          _____
                          Steven J. Balick (I.D. #2114)
                          John G. Day (I.D. #2403)
                          Tiffany Geyer Lydon (I.D. #3950)
                          500 Delaware Avenue, 8th Floor
                          P.O. Box 1150
                          Wilmington, Delaware 19899
                          (302) 654-1888

*Of Counsel:*                  *Attorneys for Defendant*
                          *Telcordia Technologies, Inc*

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: September 17, 2007
183192.1