IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and<br>CISCO TECHNOLOGY, INC.<br><br>    Plaintiffs,<br><br>    v.<br><br>TELCORDIA TECHNOLOGIES, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CA. No. 07-113-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 17th day of September, 2007, **TELCORDIA TECHNOLOGIES, INC.'S OBJECTIONS AND RESPONSES TO CISCO SYSTEMS, INC.'S AND CISCO TECHNOLOGY, INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS NOS. 1 – 66** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | **HAND DELIVERY** |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | **VIA ELECTRONIC MAIL** |
| Paul E. Torchia, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | **VIA ELECTRONIC MAIL** |

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | /s/ *Tiffany Geyer Lydon* |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, Delaware 19899 |
|  | (302) 654-1888 |
|  |  |
| *Of Counsel:* | *Attorneys for Defendant* |
|  | *Telcordia Technologies, Inc* |
| Vincent P. Kovalick |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|   GARRETT & DUNNER, L.L.P. |  |
| 901 New York Avenue, N.W. |  |
| Washington, D.C. 20001 |  |
| (202) 408-4000 |  |

Dated: September 17, 2007
183192.1