IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and <br> CISCO TECHNOLOGY, INC. <br><br> Plaintiffs, <br><br> v. <br><br> TELCORDIA TECHNOLOGIES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CA. No. 07-113-GMS <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of October, 2007, **DEFENDANT TELCORDIA TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-9)** was served upon the following counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                VIA E-MAIL AND FEDERAL EXPRESS
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Matthew D. Powers, Esquire                                                              VIA E-MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Paul E. Torchia, Esquire                                                                VIA E- MAIL
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Defendant
Telcordia Technologies, Inc*

*Of Counsel:*

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: October 4, 2007
183192.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2007, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | VIA ELECTRONIC MAIL |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | VIA ELECTRONIC MAIL |
| Paul E. Torchia, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | VIA ELECTRONIC MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

183192.1