IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and<br>CISCO TECHNOLOGY, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>TELCORDIA TECHNOLOGIES, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No.  07-113-GMS<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of *Cisco's Proposed Claim Constructions* were caused to be served on March 18, 2008 upon the following as indicated:

### BY HAND & E-MAIL

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

### BY E-MAIL

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW, GARRETT &
DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiffs*
*Cisco Systems, Inc. and Cisco Technology, Inc.*

OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Sonal N. Mehta
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Paul E. Torchia
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

March 18, 2008
1211407

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Tiffany Geyer Lydon, Esquire
> ASHBY & GEDDES

I further certify that I caused copies to be served upon the following on March 18, 2008 in the manner indicated:

**BY HAND & E-MAIL**

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

**BY E-MAIL**

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)