IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and<br>CISCO TECHNOLOGY, INC.<br><br>   Plaintiffs,<br><br>v.<br><br>TELCORDIA TECHNOLOGIES, INC.<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA. No. 07-113-GMS |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 20th day of March, 2008, **TELCORDIA'S PROPOSED CLAIM CONSTRUCTIONS** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Matthew D. Powers, Esquire<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | VIA ELECTRONIC MAIL |
| Paul E. Torchia, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | VIA ELECTRONIC MAIL |

                                    ASHBY & GEDDES

                                    */s/ Tiffany Geyer Lydon*

                                    _____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888

*Attorneys for Defendant*
*Of Counsel:*                                *Telcordia Technologies, Inc*

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

Dated: March 20, 2008
00183192.1