IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and<br>CISCO TECHNOLOGY, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TELCORDIA TECHNOLOGIES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-113-GMS<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of *1) Cisco Systems, Inc.'s and Cisco Technology, Inc.'s Responses to Telcordia's First Set of Requests for Production of Documents and Things Nos. 1-74;* and *2) Cisco Systems, Inc.'s and Cisco Technology, Inc.'s Responses to Telcordia's First Set of Interrogatory Nos. 1-9* were caused to be served on March 25, 2008 upon the following as indicated:

### BY E-MAIL & HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

### BY E-MAIL

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                /s/ Jack B. Blumenfeld
                                Jack B. Blumenfeld (# 1014)
                                1201 North Market Street
                                P.O. Box 1347
                                Wilmington, DE  19899-1347
                                jblumenfeld@mnat.com
                                (302) 658-9200

                                *Attorneys for Plaintiffs*
                                *Cisco Systems, Inc. and Cisco Technology, Inc.*

*Of Counsel:*

Matthew D. Powers
Edward R. Reines
Sonal N. Mehta
WEIL, GOTSHAL & MANGES
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Paul E. Torchia
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Dated: March 25, 2008
1211407

## CERTIFICATE OF SERVICE

I certify that on March 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES

I further certify that I caused copies to be served upon the following on March 25, 2008 in the manner indicated:

### BY E-MAIL & HAND DELIVERY

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

### BY E-MAIL

>Vincent P. Kovalick
>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
>901 New York Avenue, N.W.
>Washington, D.C. 20001

_/s/ Jack B. Blumenfeld_
Jack B. Blumenfeld (#1014)