IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and<br>CISCO TECHNOLOGY, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TELCORDIA TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C.A. NO. 07-113-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## TELCORDIA TECHNOLOGIES, INC.'S
## NOTICE OF DEPOSITION OF ADAM SPECTOR

　　PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure and the United States District Court for the District of Delaware, Telcordia Technologies, Inc. ("Telcordia"), by and through its attorneys, will take the deposition of Adam Spector. The deposition will commence at 9:00 a.m. on March 31, 2008, at the law offices of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, NW, Washington, D.C. 20001, or at a place to be agreed upon by the parties and will continue thereafter from day to day until completed.

　　The deposition will be taken before an officer authorized to administer oaths, and will be recorded by audio, stenographic, real time recording and/or videographic means.

{00204441;v1}

2

                    ASHBY & GEDDES

                    */s/ Tiffany Geyer Lydon*
                    _____
                    Steven J. Balick (I.D. #2114)
                    John G. Day (I.D. #2403)
                    Tiffany Geyer Lydon (I.D. #3950)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, Delaware 19899
                    (302) 654-1888

*Of Counsel:*                    *Attorneys for Defendant*
                                  *Telcordia Technologies, Inc*
Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

Dated: March 26, 2008