IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and<br>CISCO TECHNOLOGY, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TELCORDIA TECHNOLOGIES, INC.,<br><br>    Defendant. | )<br>)<br>)  C.A. No. 07-113 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David Greenbaum, WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153 to represent plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. in this matter.

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            /s/ Jack B. Blumenfeld
            Jack B. Blumenfeld (#1014)
            1201 North Market Street
            P.O. Box 1347
            Wilmington, DE 19899-1347
            jblumenfeld@mnat.com
            (302) 658-9200

            *Attorneys for Plaintiffs*
            *Cisco Systems, Inc. and Cisco Technology, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of David Greenbaum is granted.

Dated: _____    _____
                       United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 3-28-08

David Greenbaum
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8848

## CERTIFICATE OF SERVICE

I certify that on March 31, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Tiffany Geyer Lydon, Esquire
>ASHBY & GEDDES

I further certify that I caused copies to be served upon the following on March 31, 2008 in the manner indicated:

### BY ELECTRONIC MAIL and HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Tiffany Geyer Lydon, Esquire
ASHBY & GEDDES
500 Delaware Avenue
8th Floor
Wilmington, DE 19801

### BY ELECTRONIC MAIL

Vincent P. Kovalick, Esquire
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

_____
Jack B. Blumenfeld (#1014)