IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CISCO SYSTEMS, INC., and                    )
CISCO TECHNOLOGY, INC.,                      )
                                             )
                        Plaintiffs,          )
                                             )        C.A. No. 07-113-GMS
               v.                            )
                                             )
TELCORDIA TECHNOLOGIES, INC.,                )
                                             )
                        Defendant.           )

## STIPULATED ORDER

WHEREAS, opening claim construction briefs in the above action are due on April 28, 2008;

WHEREAS, due to a misunderstanding on the part of defense counsel regarding the sequence of briefing and the deadline for the filing of opening claim construction papers, defendant is not prepared to file its opening brief and respectfully requests a three-day extension of the deadline by which opening claim construction papers are due in this case; and

WHEREAS, there have been no prior requests to extend this deadline, and the requested extension, if granted, would not in any way impact the remainder of the case schedule; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which the parties must file their opening claim construction briefs in the above action is extended through and including May 1, 2008.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

_____
Jack B. Blumenfeld (I.D. #1014)
Karen Jacobs Louden (I.D. #2881)
Leslie A. Polizoti (I.D. #4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
302-658-9200

*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge

212761.1