## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CISCO SYSTEMS, INC. and | ) | |
| CISCO TECHNOLOGY, INC., | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | C.A. No. 07-113-GMS |
| v. | ) | |
|  | ) | |
| TELCORDIA TECHNOLOGIES, INC., | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

## DEFENDANT TELCORDIA'S ANSWERING BRIEF IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS FOR U.S. PATENT NO. 5,142,622

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel:*

Vincent P. Kovalick
Christopher T. Blackford
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

*Attorneys for Defendant*
*Telcordia Technologies, Inc.*

Dated: May 12, 2008

## TABLE OF CONTENTS

I.     INTRODUCTION ............................................................................................................ 1

II.    CLAIM TERM IN DISPUTE........................................................................................ 1

       1.     Construction of "Socket" ............................................................................1

III.   CONCLUSION................................................................................................................ 4

## I.    INTRODUCTION

Defendant Telcordia Technologies, Inc. ("Telcordia") hereby submits its answering claim construction brief in reply to Plaintiffs Cisco Systems, Inc.'s and Cisco Technology, Inc.'s (collectively, "Cisco") opening claim construction brief.[1]

## II.    CLAIM TERM IN DISPUTE

### 1.    Construction of "Socket"

| "Socket" The '622 Patent - Asserted Claim 7 | |
|---|---|
| Telcordia's Construction | Cisco's Construction |
| an application program interface (API) that was developed for the Berkeley version of AT&T's UNIX operating system for interconnecting applications running on data processing systems in a network. It is an object that identifies a communication end point in a network, can be connected to other sockets, and hides the protocol of the network architecture beneath a lower layer. | an object that identifies a communication end point in a network. |

Telcordia's opening claim construction brief identified Cisco's proposed construction for the claim term "socket" as follows:  "an application program interface (API) for interconnecting applications running on data processing systems in a network.  It is an object that identifies a communication end point in a network, can be connected to other sockets, and hides the protocol of the network architecture beneath a lower layer."  This was Cisco's last proposed construction. Cisco has apparently changed its position.

Contrary to what Cisco contends, it is Telcordia's construction, not Cisco's, that adopts the "precise meaning" of the claim term "socket."  The real issue here is whether the claim term

---

[1] Telcordia notes that in Exhibit 2 of Cisco's Opening Claim Construction Brief, the claim term "generic instruction" is inaccurately identified as being agreed to by the parties to mean "an instruction applicable to the group of elements."  The correct construction that the parties agreed to is "an instruction applicable to the groups of elements."

"socket" should be given the exact meaning expressly recited in the specification and declared by the patentee during the prosecution of the '622 Patent to overcome a patent examiner's rejections. Telcordia's proposed construction does exactly that. It mirrors that precise meaning defined by the patentee:

```
              The term "sockets" is an application program
          interface (API) that was developed for the Berkeley
H 3   version of AT&T's UNIX¹ operating system for intercon-
          necting applications running on data processing
30    systems in a network.  The term socket is used to
      _____
              ¹UNIX is licensed and developed by AT&T.  UNIX is
          a registered trademark of AT&T in the U.S.A. and other
35    countries.

                                4

          define an object that identifies a communication end
          point in a network.  A socket can be connected to
          other sockets.  Data can go into a socket via the
          underlying protocol of the socket, and be directed to
5     appear at another socket. A socket hides the protocol
          of the network architecture beneath a lower layer.
          This lower layer may be a stream connection model
          (virtual circuit), or a datagram model (packet), or
          another model.
```

*See, e.g.*, the '622 Patent, at 2:23-37; U.S. Patent Application No. 304,696, at 3-4 (TCORDEL0000040-41) (Ex. A).

Cisco, on the other hand, ignores the specification and the prosecution history. Specifically, during prosecution, the patentee reemphasized the "precise meaning" for the claim term "socket" to overcome rejections in an Office Action:

> In paragraph 30 of the instant Office Action, the Examiner has stated that it is unclear whether the socket layer limitation of Claims 5-9 distinguish over Chang inasmuch as it is unclear whether the recited socket is physical or software-implemented. The Examiner will note, now that the Applicant has cleared up the discrepancy, that use of the term socket has a precise meaning set forth in Applicant's Specification, page 3, line 26, through page 4, lines 1-9.

Amendment filed June 29, 1990, at 11 (emphasis added) (attached as Exhibit C to Telcordia's opening claim construction brief).  What the patentee intended the claim term "socket" to mean is crystal clear.

Accordingly, Telcordia's proposed construction for "socket" mirrors the language expressly recited in the specification and declared by the patentee during prosecution.  That, of course, is precisely what the law requires. *See, e.g., Springs Window Fashions LP v. Nova Indus., L.P.*, 323 F.3d 989, 995 (Fed. Cir. 2003) (stating that "[t]he public notice function of a patent and its prosecution history requires that a patentee be held to what he declares during the prosecution of his patent."); *Cook v. Biotech Inc. v. Acell, Inc*., 460 F.3d 1365, 1374 (Fed. cir. 2006) (quoting *Phillips v. AWH Corp.*, 415 F.3d 1303, 1323 (Fed. Cir. 2005) (en banc), *cert. denied*, 126 S.Ct. 1332 (2006) ("[T]he specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In such cases, the inventor's lexicography governs.")).  Try as it may, Cisco cannot walk away from the express and clear statements in the patent and prosecution history that disavow the broad claim scope that Cisco now seeks in litigation.

Cisco's only apparent criticism of Telcordia's construction is that the Berkeley version of AT&T's Unix is a preferred embodiment. However, the Berkeley version of AT&T's Unix is not a preferred embodiment, it is the only embodiment. Indeed, the "Background of the Invention" and the "Summary of the Invention" each characterize sockets as belonging to operating systems based upon the Berkeley version of AT&T's Unix without regard to a preferred embodiment. The '622 Patent, at 2:23-27 and 3:48-52.

Even Cisco correctly points out that persons of skill in the art may "confine their definitions of terms to exact representations depicted in the embodiments." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1323 (Fed. Cir. 2005) (en banc), *cert. denied*, 126 S.Ct. 1332 (2006). That is precisely what happened here. The patentee clearly articulated a definition of the claim term socket, delineated the scope of that term as having the "precise meaning" defined in the specification, and then relied on that definition to overcome an examiner's rejection. Where the patentee exhibits such behavior, "the inventor's intention, as expressed in the specification, is regarded as dispositive." *Id.* at 1316.

## III.    CONCLUSION

For the reasons discussed above, Telcordia respectfully submits that the Court should adopt its construction for the claim term "socket."

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*
*Telcordia Technologies, Inc.*

*Of Counsel:*

Vincent P. Kovalick
Christopher T. Blackford
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

Dated:  May 12, 2008

**EXHIBIT A**
**(Patent Application No. 304696 dated January 31, 1989)**

07 304696    m&ᴣ162117956



MAIL ROOM
JAN
47  31
1989
PAT. & TRADEMARK OFF.

# APPLICATION
## FOR
## UNITED STATES LETTERS PATENT

INTERNATIONAL BUSINESS MACHINES CORPORATION

TCORDEL0000036

AT9-88-089

28

SN07/304,696

## Abstract of the Disclosure

The system and method of this invention automati-
cally routes a connection between data processing
systems in different network domains.  As an example,
5    an application running on a data processing system
utilizing a network domain such as TCP (Transmission
Control Protocol), can automatically make a connection
to another data processing system utilizing a differ-
10   ent network domain such as SNA (Systems Network
Architecture).  The connection is automatically
performed in the layer containing the communication
end point objects.  In a preferred embodiment, the
connection is automatically performed in the socket
15   layer of the AIX operating system, or in the socket
layer of other operating systems based upon the
Berkeley version of the UNIX operating system.

20

25

30

35

AT9-88-089

07 **304696** A MB162.117956



1

~~Description~~

A SYSTEM ~~AND METHOD~~ FOR INTERCONNECTING APPLICATIONS
ACROSS DIFFERENT NETWORKS OF DATA PROCESSING SYSTEMS

A portion of the disclosure of this patent
document contains material which is subject to copy-
right protection.  The copyright owner has no objec-
tion to the facsimile reproduction by anyone of the
10   patent document or the patent disclosure, as it
appears in the Patent and Trademark Office patent file
or records, but otherwise reserves all copyright
rights whatsoever.

## Background of the Invention

### Field of the Invention

This invention relates to a network of data
processing systems, and more specifically to the
20   interconnection of a plurality of data processing
systems between different network protocol domains,
such as the different network protocol domains of SNA
and TCP/IP.

### Description of the Related Art

25   A system having multiple domains has at least one
data processing system that is interconnected to at
least two different data processing systems through at
least two different network domains, i.e. network
protocol architectures.  A problem with multiple
30   domains is the difficulty in allowing communication
between machines which are connected to another type
of network.  For example, a data processing system
utilizing SNA LU 6.2 as its network protocol can not
35   automatically communicate with another data processing

2

AT9-88-089

2

system utilizing TCP/IP as its network protocol.  Both
SNA LU 6.2 and TCP/IP are examples of stream protocols
where data flows as a stream of indeterminate lengths,
and the bytes are delivered in the correct order.   The
5    problem is routing a stream of bytes from a data
processing system that utilizes a reasonably equiva-
lent protocol, such as a stream protocol, to another
data processing system that also utilizes a reasonable
equivalent protocol, such as the stream protocol of
10   this example, but wherein the two protocols are not
the exact same protocol, such as SNA LU 6.2 and
TCP/IP.
It is known to solve the above problem at the
application program level.  An application program
15   which is running on a data processing system at one
end of the connection may be designed to utilize a
specific network protocol.  In this case, it is known
to modify the application in order to reimplement the
application to work over another protocol.  This
20   requires changing the source program code of the
original application by some amount.  Depending upon
how the application program was originally designed,
this may require a substantial amount of changes to
the program code.
25   It is also known to solve the above problem by
implementing the same protocol on both machines.  For
example, in order to use an SNA transaction applica-
tion running in an SNA network, to apply transactions
against data processing systems utilizing a TCP
30   network, one could reimplement that transaction
application against TCP by then putting TCP on the
client data processing system, put IP over SNA, and
gateway between the two.  The client data processing
system can then be implemented utilizing TCP/IP.  The
35   problem with this approach is having to reimplement

AT9-86-089

3

the application to utilize the different protocol at
one end of the network or the other.  This is espe-
cially burdensome if the application is large and
complex.

5       There are some application level protocols that
handshake back and forth over SNA, e.g. 3270 SNA.
These have their own data format with meta-data in the
data stream.  There are other application level
protocols, such as Telnet over TCP, that talk back and
10   forth that have meta-data and data in the data stream.
However, one can not get these two to talk together
since these two have different data and meta-data in
their data streams.

        If an application utilized one protocol, and that
15   application were to run on a data processing having a
different protocol, knowing the data stream format,
one could write the client half of the application on
the data processing system utilizing the other proto-
col.

20      Therefore, in order to extend network connectivi-
ty, it is known to reimplement the application to
utilize the different protocol, put one protocol on
top of the other, and gateway between the two.  It is
also known to build a larger network utilizing each
25   type of protocol through replication and duplication.

        The term "sockets" is an application program
interface (API) that was developed for the Berkeley
version of AT&T's UNIX[1] operating system for intercon-
necting applications running on data processing
30   systems in a network.  The term socket is used to

_____

[1]UNIX is licensed and developed by AT&T.  UNIX is
a registered trademark of AT&T in the U.S.A. and other
35   countries.

AT9-88-089

4

define an object that identifies a communication end
point in a network.  A socket can be connected to
other sockets.  Data can go into a socket via the
underlying protocol of the socket, and be directed to
5   appear at another socket.  A socket hides the protocol
of the network architecture beneath a lower layer.
This lower layer may be a stream connection model
(virtual circuit), or a datagram model (packet), or
another model.

10        A stream connection model refers to a data
transmission in which the bytes of data are not
separated by any record or marker.  A virtual circuit
implies that there appears to be one communications
end point connected to one other communications
15   endpoint.  When the connection is established, only
those two end points can communicate with each other.
          Sockets are typed by domain (address family or
network type), and model type (stream, datagram,
etc.).  If needed, the socket can be further specified
20   by protocol type or subtype.  The domain specifies the
addressing concept utilized.  For example, there is an
internet IP domain, and also a SNA domain for networks
utilizing TCP and SNA, respectively.  As used herein,
the word "domain" is used to refer to the address
25   family of a socket, and not to a domain-naming domain.
A domain-naming domain is a concept of a related group
of hierarchical addresses, wherein each part of the
address is separated by a delimiter, such as a period.
          Since a socket is specified by the domain,
30   sockets do not allow cross domain connections.  This
means that if an application program creates a socket
in the Internet (Darpa) domain, it can only connect to
sockets in that same domain.  Note: "Darpa" is used to
specify that Internet, short for internetworking, is
35   not only used herein both to generically specify the

AT9-88-089

5

internet layer of a particular protocol family which
contains means for forwarding, routing control, and
congestion control, etc., but also as a name for a
particular implementation of an internet called the
5    Internet or the Darpa Internet, or the Arpa Internet.
Another name for this internet layer is the Internet
Protocol (IP).  TCP/IP is also commonly used to refer
to this protocol.

Originally, the requirement that a socket can
10   only connect to sockets in the same domain was a
reasonable restriction.  This simplified the program
code when there was only one really useful domain
anyway.  With the advent of the usage of other domains
(specifically SNA), cross domain connections have
15   become desirable.  For example, cross domain connec-
tions would allow mailers to transport mail among
domains.  Also, cross domain connections would allow
programs to communicate using the existing communica-
tion networks.

CLUIC
P
20   Summary of the Invention

It is therefore an object of this invention to
automatically route connections between data process-
25   ing systems that utilize different protocols, indepen-
dently of said applications running on said data
processing systems.

It is a further object of this invention to
route, at the socket level, between two networks when
30   a cross-domain connection attempt is detected.

It is a further object of this invention to
facilitate the interconnection between data processing
systems by allowing socket based applications to
easily span across different networks.

35

AT9-88-089

6

It is a further object of this invention to communicate between data processing systems in which one of the data processing systems utilizes TCP/IP and the other data processing system utilizes SNA.

5          It is a further object of this invention to communicate between two data processing systems via a third data processing system utilized as a TCP to SNA gateway.

It is a further object of this invention to
10    communicate through a connection between two data processing systems both utilizing TCP on each of their local Internets, by bridging the network connection with a long haul SNA connection.

15          The system and method of this invention automatically routes a connection between data processing systems, independently of an application running on the data processing systems, having different network domains.  The preferred embodiment describes the cross
20    domain interconnections with reference to the different network domains of TCP (transmission control protocol) and SNA (systems network architecture).

The routing is automatically performed at a layer which contains the communication end point objects.
25    In the AIX$^2$ operating system, and other operating systems based upon the Berkeley version of the UNIX operating system, this layer is called the socket layer.

An intermediate processing system is utilized to
30    gateway between a processing system utilizing a network domain such as TCP, and another processing system utilizing a different network domain such as

_____

$^2$Trademark of IBM Corporation

AT9-88-089

7

SNA.  Alternatively, the client data processing system
can be implemented utilizing TCP/IP which can then be
gatewayed through socket routing on the same machine
into an SNA data stream without an intermediate
5  processing system performing the socket routing.

In any event, the socket layer which performs the
socket routing contains facilities to automatically
route a connection across different domains.

In the client processing system which is attempt-
10  ing to create a connection, a socket is created in a
particular domain.  If the socket is in a different
domain, the socket does not fail if the socket routing
facility of this invention is implemented.  The
connect function is modified to catch the attempts at
15  a cross domain connection.  If a connect function is
attempted on a socket in a different domain, then the
socket routing facility of this invention is invoked.

Alternatively, a connectto function can be
implemented which takes the place of and combines the
20  functions of the socket function and the connect
function.  With the connectto function, a socket is
not created until the route is known.  This alleviates
the unnecessary work of creating a socket which may
fail, and then performing actions as a result of the
25  failed socket.  The connectto function determines how
a connection can be made, and then creates a socket in
the domain that is needed to establish the determined
connection.

Through either of the above approaches, a connec-
30  tion to a socket in a different domain can be made
through an intermediate socket.  When data arrives
from one end of the connection to the intermediate
socket, the intermediate socket immediately sends the
data to the other end of the connection instead of

35

TCORDEL0000044

AT9-88-089

8

queuing the data for process intervention at the
intermediate processing system.

In addition, if the intermediate socket is
queried for the address of the other end of the
5    connection, the intermediate socket identifies the
connecting host as opposed to the intermediate host.
In this way, the socket routing facility of the
intermediate host is transparent to the hosts at each
end of the connection.

10

DRCLU/C    Brief Description of the Drawing
  P      Fig. 1 is a diagram showing a connection from a
process AA on host A to a process CC on host C.
Socket routing is utilized to cross the boundary
15    between the networks of type A and type C at host B.
Fig. 2 is a flow diagram showing the operational
scenario of Fig. 1 using explicit and implicit rout-
ing.
Fig. 3 is a flow diagram showing the modified steps in
20    performing a **connect** () function to a destination.
Fig. 4 is a flow diagram showing the steps of creating
a socket if the host does not have a socket in the
specified domain.
Fig. 5 is a flow diagram showing the steps performed
25    at host B.
Fig. 6 is a flow diagram showing the steps of a
**connect to** () function.
Fig. 7 is a more detailed diagram of the socket
routing facility of this invention.

30
DECLU/C    Description of the Preferred Embodiment
  P      The following description describes an architec-
ture for routing virtual circuits based on sockets.
Although this implies stream sockets, the invention is
35    not limited to stream protocols or to sockets.  The

AT9-88-089

9

concepts of this invention could be applied to similar
communication end points that are utilized within
other operating systems.

Referring to Fig. 1, a process AA, 10, in a data
5   processing system 11, host A, desires to connect its
socket facilities 12 to the process CC, 40, in a data
processing system 41, host C. The data processing
system 11 is shown as only supporting a particular
domain of sockets AF_A, 13, such as TCP, and data
10   processing system 41 is shown as only supporting
sockets that exist in the domain having address family
C, 43. Since the naming conventions and the underly-
ing transport mechanisms are different between address
family A, 13, and address family C, 43, no intercon-
15   nection can take place without an intermediate facili-
ty. The intermediate facility is the socket routing
facility 70 in socket layer 32, which exists in data
processing system 31, shown as host B.

To describe the initiation of a connection, the
20   process AA, 10, in the data processing system 11, will
activate a connection through the sockets programming
interface to the general socket code, 12, which in
turn goes through the address family specific socket
code for AF_A, 13. The necessary data and control
25   information will be handled by the interface and
physical access layers, 14. The data will then go out
on the network 50 and end up going into data process-
ing system 31, shown as host B, via the interface
layer 34, and then through the code for address family
30   A, shown as AF_A, 36.

For comparison, data processing system 21, shown
as host D, shows existing internet routing within a
single address family, the address family A, AF_A, 23.
It should be noted that the cross connection occurs
35   within the address family A, 23. Almost any TCP/IP

10

AT9-88-089

10

implementation can route within its own address
family.  Likewise, SNA has similar gateway and for-
warding capabilities.  The cross over as shown in data
processing system 21 is independent of the model type
5   of either stream or datagram.  It is only dependent
upon being within the same network domain.

In data processing system 31, the connection
request packets will go through the interface layer
code 34 to the address family A code, AF_A, 36,
10  through the general socket layer 32, and into the
socket routing code 70.  The socket routing code
facility 70, is where the address mapping and cross
connection takes place.  The cross connection arrows
37 are shown drawn in the socket routing layer 70 of
15  data processing system 31, as opposed to the cross
connection arrows 27 which are shown in the address
family code 23 of data processing system 21.

A connection request generated in the socket
routing code 70 of data processing system 31 will then
20  go down through the address family C code, AF_C, 33,
and through the interface layer code 35 for the other
network 60, such as SNA.  The connection request
packets go across the network 60 to the interface
layer code 44, up to the address family C code, AF_C,
25  43, continuing through the general socket interface
layer code 42 where the connection is registered.
Then the process CC, 40, can respond to the connection
request in order to establish the connection between
cross domain networks.

30   Figure 7 shows item 70 of Figure 1 in greater
detail.  Item 701 is the programs and data for con-
trolling the socket routing facility.  A connection
request to establish socket routing will come in on
the sockets for this service, items 704, and 705.  The
35  routing agent software, item 703, will accept the

AT9-88-089

11

|4|    connection, which creates a data socket, items 709 -
714.  The route request message will come in on that
data socket, and the routing agent, 703, will consult
its route database, 702, to see if a route is possi-
5    ble.  If a route is possible, the routing agent, 703,
will consult its route database, 702, on how to
establish the route.  Then, the routing agent creates
a matching data socket (item 710 for item 709, etc.),
and connects to the next hop.  When the routing agent
10    software receives any replies for further route hops,
it forwards them back to the socket routing requestor
via the accepted data socket.  When all hops are made,
the socket routing agent will create a data transfer
|4|    agent, items 706 - 708, that joins the pairs of data
15    sockets, and forwards data from one to the other and
vice versa.

The above scenario is further described in the
following programming design language code.  The
following includes examples and uses programs and
20    function names to describe the operational scenario of
Fig. 1.  The following operational scenario assumes a
telnet (or similar program) connected to a remote
processing system that is separated by at least one
domain boundary.  The following uses three machines:
H |3 25    "host_A" is connected to "host_B" via TCP, and
H |3    "host_B" is connected to "host_C" via SNA.

---

*/from application view/*
user on host_A says "telnet host_C"
30    telnet does a gethostbyname for "host_C"
telnet tries to create a socket for domain of "host_C"
    - it fails.
TO120X    telnet does a getservbyname for sockroute
    - it finds (the only) sockroute available in TCP
35        , domain

12

AT9-88-089

12

telnet invokes sockroute function to get which domain
        to initiate the connection in (or to get a route
        to host_C)
since telnet knows it is now using socket routing it
5       uses the (initial domain and routelist) to
        1.   create a socket in its initial domain. (TCP)
        2.   connects to sockaddr of "host_C" telnetd
             -or "connectto routelist telnetd"
when socket connect succeeds, proceed as any
10      SOCK_STREAM app would

- alternatively ( with connectto() as "full function")
user on host_A says "telnet host_C"
telnet does a gethostbyname (or getaddrbyname) for
15      "host_C" - to see if it exists and to get
        host_C's address
telnet does a "connectto ( host_C:telnetd,
        SOCK_STREAM) - which gets a connected socket.

20          COPYRIGHT IBM CORPORATION 1988

        The above program design language code is further
explained with reference to Figures 2 - 4.  The term
"telnet" is a remote terminal emulator having the
argument "host_C".  This invokes the terminal emulator
to a remote host, which in this case is "host C", step
201, Fig. 2.  "Gethostbyname" is a function call of
the telnet program which gets the addressing informa-
tion for host C, step 203, Fig. 2.  The addressing
30      information for host C will include a domain and an
address within the domain.
        At this point, the routing can be performed
either explicitly or implicitly.  Explicit action
would involve the user code invoking a router func-
35      tion, if the initial attempt to create a socket fails.

AT9-88-089

13

Implicit action would simply be doing a **connectto ()**
on the destination address.  In explicit routing, the
advantage is explicit control by the application.  The
disadvantages are lack of centralized control, and
5   more complicated user code.  In implicit routing, the
advantages and disadvantages are just the opposite of
those stated above.  In implicit routing, the advan-
tages are more centralized control, and less compli-
cated user code.  In implicit routing, the disadvan-
10  tage is that the application does not have direct
control.

     With explicit routing, Telnet tries to create a
socket within that domain, step 204.  If the host does
not have sockets of that domain, step 205, the socket
15  creation will fail, step 211.  At this point, the
application, Telnet, invokes a router function, step
213 Fig. 4, if the socket attempt failed, step 211.
If the host does have sockets within this domain, the
socket attempt will succeed, step 206.  If the socket
20  attempt succeeds, the application does a connect (),
step 215. . The connect () is further shown with
reference to Fig. 3.  If the connect () succeeds, step
217, Fig. 2, the communication between the two pro-
cesses proceeds as is typically known in the art, step
25  207.

     If a connect in the same socket domain failed,
then (possibly with a socket option set) the socket
routing would be invoked.  This provides implicit
routing, Fig. 3, even in the case of a connection
30  between two domains of the same type, using an inter-
mediate domain of different type.

     As shown in Fig. 3. modifying the function
connect () enables the connect () to catch those
situations in which socket routing is needed to
35  gateway between two like domains using unlike domains.

14

AT9-88-089

14

If a normal connection, step 301, fails, step 303, and
the failure is due to the destination network being
unreachable, step 307, then an attempt at implicit
routing will be made. This begins with step 311 where
5   a socket route is sought for the destination. If no
route is found, then an error is reported, step 315.
If a route is found, a connection is made to the
socket routing service at the first hop, step 317.
Then, a route request is sent, step 319, and the route
10  request replies are received, step 321, until all the
hops are connected, step 323. At this time, a connect
up request is sent to tell all of the routers to set
up the line for data transmission, step 325. After
the connect up reply is received, step 327, the peer
15  address of the destination is set for the local
socket, step 329, and an indication of success is
returned to the invoker of this **connect**, step 331.

Referring back to Fig. 2, a **connectto** function
can be added to the generic socket layer code to
20  implement implicit routing from an application level,
step 221, Fig. 2. The **connectto** function is called
instead of a socket function and a connect function.
The function of the socket system call and the func-
tion of the connect are combined into the **connectto**
25  function. The advantage of this is that the **connectto**
function can handle more addressing issues. Also the
**connectto** function does not need to create a socket in
the kernel, which may fail, and then have to act upon
the failed socket.

30  The socket parameters of the **connectto** function
would include the type and the protocol. Since the
previous **connect** call has arguments for the host name,
the **connectto** function would take the name of the host
in a more portable form, such as the name of the host

35

AT9-88-089

15

in a text stream, whereas, **connect** takes the name of
the host in a socket structure.

    Referring to Fig. 6, the **connectto()** function is
further described.  If **connectto()** is implemented so
5   that it takes a host name as an argument, then it gets
the destination address, step 601.  Using this ad-
dress, the function checks the route table for the
destination, step 603.  If no route is found, step
605, then an error is returned, step 607.  If the
10  destination is in the same domain, and no unlike
domains are required for gateways, step 609, then a
socket is created in the same domain, step 611.  A
normal connection is established to the destination,
step, 612.  The route for communication is then
15  established, step 613.

    If the destination is not the same domain or
unlike domains are required for gateways, step 609,
then a socket is created in the domain of the first
hop, step 615.  A connection to the socket routing
20  service at the first hop is then established, step
617.  A route request is sent, step 619, and a reply
to the request is received, step 621, until all hops
are connected, step 623.  After this, a connect up
request is sent, step 625, and its reply is received,
25  step 627.  The peername of the destination is set for
the local socket, step 629.  The route is now avail-
able for normal communications, step 613.

    With the following modifications, referred to as
socket routing, the creation of a socket can continue,
30  step 213, as shown in Fig. 4, when the host does not
have a socket in the specified domain, step 205, Fig.
2.  The modifications take place at the client side,
host_A.  Host_C is referred to as the server.

    The telnet application performs a "getservbyname"
35  function for the socket routing service, step 401,

AT9-88-089

16

Fig. 4. If, for example, the host only has sockets in
the TCP domain, telnet will find the only socket route
available in the TCP domain, step 403. Next, telnet
uses the sockroute function, step 405, to determine
5    the route and what domain of socket to create, step
406. Then, the socket is created for the initial hop
of the route, step 412, and then the connection would
be set up, step 413. At this point, the application
can talk to the host as it otherwise would have with
10   any other socket stream, and in this case, using the
telnet data stream, step 414.

Assuming the route initialization is done by a
daemon or library function on host_A (and not kernel
code), then host_A's socket code doesn't really have
15   much to do with socket routing. Basically, if socket
routing is performed outside of the operating system
kernel on host_A, then no changes to host_A's socket
code need to be made.

The following programming design language code,
and the following description with reference to Figure
20   5 describes what happens on host_B.

*/ on host_B /*
sockroute daemon receive connection from host_A
        (asking for connection to host_C)
25   sockroute daemon consults route table -or route list
        provided with connection request.
sockroute daemon decides to connectto to host_C via
SNA socket
        (since it is last hop, it doesn't need to connect
30       to a sockroute daemon on host_C)
when connection completes, host_B sockroute daemon
        1.  sends response back to socket routing on
            host_A
        2.  cross connects the TCP and SNA sockets on
35          host_B

AT9-88-089

17

when routing on host_A receives response, it pulls out
of the way, leaving telnet connected all the way to
host_C

COPYRIGHT IBM CORPORATION 1988

Essentially, the above code describes the scenar-
io in which a service waits around for a connection.
With reference to Fig. 5, the sockroute daemon, which
runs on host_B, receives connections from other
processes requesting its services, step 501. The
sockroute daemon is analogous to a telephone operator
who is requested to make a connection to another
person from a caller. The requesting process, caller,
supplies the sockroute daemon, operator, with the
necessary connection information in order to make the
connection, step 503. Once the sockroute daemon makes
the connection, the sockroute daemon leaves the
connection. If this connection leads to the final
destination, step 505, no other sockroute daemons on a
next host need to be called, and the sockroute daemon
connects to the final host destination via a SNA
socket, step 507. However, it is possible to have
multiple sockroute daemons, operators, that are needed
to make a connection from a first host to a final host
destination. If this connection does not lead to the
final host connection, then another sockroute daemon
on a next host must be called, step 506, and the above
steps repeated.

The sockroute daemon on host_B then sends a
response back to the socket routing service on the
originating host, host_A, step 509. Host_B cross
connects the TCP and SNA sockets on host_B, step 511.
When the routing service on host_A receives the
response, host_B pulls out of the way. This leaves a

AT9-88-089

18

telnet connection all the way from host_A to host_B,
step 513.

It should be noted that since host_C is the end
of the line, its socket layer is entirely unaffected

5    for data transfer purposes.

There is a function called getpeername () that is
part of the sockets programming interface. A socket
can also be queried as to which service is connected
to it. For example, if host_C queried its socket to

10    determine which service at the other end it was
connected to, the response would be the intermediate
host, host_B, instead of the actual service at the
other end of the connection which in this example is
host_A. Therefore, the getpeername would need input

15    from the socket routing code at both ends of the
connection, as well as some kernel changes, for it to
work in a transparent fashion. For transparency, the
getpeername would respond with host_A, the real end of
the completed connection, if the socket in host_C was

20    queried as to the party at the other end of the
connection.

The details of the address mapping and socket
routing facilities within the socket layer 32, which
effectuates the cross domain connections, are de-

25    scribed hereafter.

Gatewaying of socket based protocols is achieved
by looping two sockets together at the top end. Such
a mechanism would allow a router to create a path that
would cross domain boundaries. A router in this

30    context would be program code that would decide how to
get to one data processing system to the other such as
in the internet layer of TCP/IP. SNA also has similar
code. The mechanism for looping two sockets together
at the top end would not require file descriptors, or

35

AT9-88-089

19

process switching time on the connecting node, once
the connection is established.

The following illustrates the changes to the
socket layer interface of an operating system, such as
5  the AIX operating system that utilizes the Berkeley
sockets, that may be made to implement socket routing
of this invention. These changes include the follow-
ing:

* modify "connect" to catch cross domain connects
10  * add "connectto" to implement implicit routing
from application level.
* as an option, create library functions for
routing
* modify socket buffer handling, etc. to allow
15  cross connections without process intervention
* as an option, add function so getpeername works
transparently
* define socket routing protocol and messages
(in kernel or as a daemon)
20  * if needed, modify nameserver for domain
gateways and routing info.

If **connectto** is not used to hide the routing
from the user in a library, it is also possible to
25  create library functions to perform the routing.
However, the user will require a facility to figure
out which machine has a socket routing daemon to
service an intermediary. These functions(s) would
allow a user program to invoke socket routing with
minimal effort. Possible function to be defined are:
* "get_route" - user program asks for route
(useable by connect())
* "get_type_of_socket_I should_open_to_get_to_
host" - done against the return from
"get_route" -or does implicit "get_route".

20

AT9-88-089

20

connectto" - (1)  looks up route, (2) creates
a socket in proper domain, (3) established
connection.
   i.e., instead of
       hp = gethostbyname(host);
       (fill in sockaddr from hp ...)
       so = socket(AF_XX, SOCK_STREAM,0);
       connect(so, sockaddr, sockaddrlen);
   a program does
       so = connectto( host, SOCK_STREAM, 0);

     In addition, modifying socket buffer handling
will allow cross domain connections without process
intervention.  Previously, a socket is set up such
15  that when data arrives, the data is stored in a queue
while the data waits for a process to read it.  At the
gateway, the socket routing machine, when data arrives
from one end of the connection, the data has to be
automatically sent out the other side to the other end
20  of the connection, and vice versa.
     A current implementation of socket buffering
would require that a process be running against all
the sockets that are cross connected.  A more effi-
cient means would be to add this cross connection at a
25  socket buffer layer, so that no process scheduling
needs to be done to send the data on its way.  In
either case, flags are added to the socket data
structures.
     As previously mentioned, additional function is
30  added to the "getpeername" function to enable the
intermediate host to appear transparently in the
connection between the originating host destination
and the final host destination.  Previously, the
socket peer address has been handled by protocol
35  dependent means.  A change is required so that

21

AT9-88-089

·21

getpeername() works correctly.  The change involves
having the peer address propagated by the route
daemons, in both directions.  Then the routing code at
each end of the connection would do a "set peer
5    address" operation, which would override the proto-
col's peer address function.

    The socket routing facility of this invention
also requires a socket routing protocol and messages.
It is desirable that the socket routing code handle
10   routing in a flexible manner.  To achieve this, a
preferred embodiment of this invention has a socket
routing daemon on each machine that is an interdomain
gateway.  The daemon would be listening on well-known
socket(s) for routing requests.  When a request came
15   in (via a connecting socket) the routing daemon would
examine the request and perform the desired action.

    These requests (and their responses) are as
follows:

        Messages For Socket Routing Protocol
20          - and the information that goes with each
            message

        route request - sent to request a route be set up
            - originator address
25          - hop destination address
            - flag for intermediate or final hop

        route request reply - received to indicate
        completion and success/fail of route request
30          - status for success or failure

        connectup request - sent to establish normal data
        pathway
            - <none>
35

22

AT9-88-089

22

<u>connectup reply</u> - received to indicate completion
and success/fail of connectup request
    - status for success or failure

The socket routing service code is used to
perform routing at the intermediate nodes, i.e. the
gateway node.  When a request for service arrives at
the gateway machine, such as for any other socket
connection, the request for service would arrive at a
10  particular socket which would be the socket of the
socket routing daemon.  The process with this particu-
lar socket open could be either in the kernel or
running as a user level process.
    Therefore, the socket routing service code can be
15  created as a daemon or in the kernel.  Preferably, the
socket routing service code will exist mostly or
completely as a daemon.  Some minor parts, such as
ioctls (input output controls) to tie sockets togeth-
er, may exist as part of the kernel.  However, these
20  minor parts support the daemon, and are not really a
part of the socket routing service code.  As an
alternative, it is also possible to put the routing
implementation part (as opposed to the route figuring
out part) in the kernel, which would save process
25  context switch time.
    Another modification may be made to implement the
socket routing of this invention.  The nameserver may
be modified for domain gateways and routing informa-
tion.  The (name) domain name server needs to have a
30  type of data for inter(socket) domain gateways.  It
may also be desirable for it to find gateways when
looking up a host address.  It would be desirable if
it would flag the fact that a host requires an in-
ter(socket) domain gateway to get to it.

35

23

AT9-88-089

23

     While the invention has been particularly shown
and described with reference to a preferred embodiment
including sockets, the underlying idea of cross domain
connections could be achieved with other operating
5   systems having other communication endpoints other
than sockets.  It will be understood by those skilled
in the art that various changes in form and detail may
be made without departing from the spirit and scope of
the invention.

10

15

20

25

30

35   CM    I claim: Claims>

24

AT9-88-089

24

Claims

Claim 1.  A system for communicating between a first
data processing system in a first network domain
and a second data processing system in a second
network domain, said system comprising:

at least one communication end point object in a
layer of said first data processing system and in
said layer of said second data processing system;

means, independently of an application running on
either of said data processing systems, for
automatically routing, in said layer having said
at least one communication end point object, a
connection between said first processing system
and said second processing system; and

means for communicating over said routed connec-
tion between said first data processing system
and said second data processing.

Claim 2.  The system of claim 1 wherein the first
network domain is a Transmission Control Protocol
and the second network domain is a Systems
Network Architecture.

Claim 3.  A system for communicating between a first
data processing system in a first network domain
and a second data processing system in a second
network domain, said system comprising:

at least one communication end point object in a
layer of said first data processing system, in

AT9-88-089

25

7    said layer of an intermediate data processing
8    system, and in said layer of said second data
9    processing system;

10    means, in said intermediate data processing
11    system, for automatically routing, in said layer
12    having said at least one communication end point
13    object, a connection between said first process-
14    ing system and said second processing system; and

15    means for communicating through said routed
16    connection in said intermediate processing system
17    between said first data processing system and
18    said second data processing system.

1    Claim 4.  The system of claim 3 wherein said means for
2    communication in said intermediate processing
3    system immediately sends any data received from
4    one end of said routed connection to said other
5    end of said routed connection.

1    Claim 5.  The system of claim 3 wherein said at least
2    one communication end point object is a socket in
3    a socket layer of each of said data processing
4    systems.

1    Claim 6.  A system for communicating between a first
2    data processing system in a first network domain
3    and a second data processing system in a second
4    network domain, said system comprising:

5    at least one socket in a socket layer of said
6    first data processing system and in said layer of
7    said second data processing system;

AT9-88-089

26

8    means, independently of an application running on
9    either of said data processing systems, for
10   automatically routing, in said socket layer, a
11   connection between said first data processing
12   system and said second data processing system;
13   and

14   means for communicating through said socket
15   connection between said first data processing
16   system and said second data processing system.

1    Claim 7.  A method for communicating between a first
2    data processing system in a first network domain
3    and a second data processing system in a second
4    network domain, said method comprising:

5    creating, by said first data processing system, a
6    socket in said second network domain; and

7    invoking a routing facility to automatically
8    connect a socket in said first data processing
9    system to said created socket in said second data
10   processing system when said socket is created in
11   said second network domain; and

12   communicating over said socket connection between
13   said socket in said first data processing system
14   in said first domain and said created socket in
15   said second data processing system in said second
16   domain.

1    Claim 8.  A method for communicating between a first
2    data processing system in a first network domain
3    and a second data processing system in a second
4    network domain, said method comprising:

AT9-88-089

27

```
 5      determining a means to make a connection between
 6      a first socket in said first data processing
 7      system and said second data processing system;

 8      creating a second socket in the domain of the
 9      second data processing system to establish the
10      determined connection; and

11      communicating over said determined connection
12      between said socket in said first data processing
13      system in said first domain and said created
14      socket in said second domain of said second data
15      processing system.

 1      Claim 9.  An operating system for use with a plurality
 2      of data processing systems for communicating
 3      between a first data processing system in a first
 4      network domain and a second data processing
 5      system in a second network domain, said operating
 6      system comprising:

 7      at least one socket in a socket layer of said
 8      first data processing system and in said layer of
 9      said second data processing system;

10      means, independently of an application running on
11      either of said data processing systems, for
12      automatically routing, in said socket layer, a
13      connection between said first data processing
14      system and said second data processing system;
15      and

16      means for communicating through said socket
17      connection between said first data processing
18      system and said second data processing system.
```





FIG. 1

TCORDEL0000065



Print Of Drawing
As Original Filed

2/7
AT9-88-089

07 304696

FIG. 2

TCORDEL0000066

Print Of Drawing
As Original Filed

3/7
AD9-88-089

07 304696



~215

DO PROTOCOL
CONNECTION
TO DESTINATION
301

SUCCEEDS?
303
— yes → RETURN
SUCCESS
305

NO

FAILED
DUE TO
NETWORK
UNREACHABLE
?
307
— NO → RETURN
FAILURE
309

YES

IMPLICIT
ROUTING

FWD SOCKET
ROUTE TO
DESTINATION
311

got one
?
313
— NO → RETURN
FAILURE
315

YES

CONNECT TO
SOCKET ROUTING
SERVICE AT
FIRST HOP  317

SEND ROUTE
REQUEST FOR
THIS HOP
319

RECEIVE ROUTE
REQUEST REPLY
321

DONE
WITH ALL
HOPS?
323
— NO
— YES →

SEND
CONNECTUP
REQUEST
325

RECEIVE
CONNECTUP
REPLY
327

SET PEERNAME
OF DESTINATION
329

RETURN
SUCCESS
331

FIG. 3

TCORDEL0000067

Print Of Drawing
As Original Filed

07 304696

4/7
A89-88-089



CONTINUE — 213

APPLICATION PERFORMS
"GETSERVBYNAME" FUNCTION
FOR SOCKET ROUTING
401

FIND SOCKET ROUTE
IN DOMAIN
403

INVOKE SOCKET
ROUTE FUNCTION
405

DETERMINE HOW A
CONNECTION COULD
BE MADE TO FINAL
DESTINATION (HOST C)
406

CREATE SOCKET IN
THE DOMAIN USED
TO ESTABLISH THE
DETERMINED CONNECTION
412

SOCKET CONNECTION
SET UP
413

PROCEED AS ANY
SOCKET STREAM
APPLICATION
414

FIG. 4

TCORDEL0000068



Print Of Drawing
As Original Filed

5/7
A19-88-089

07 304696

FIG. 5

Print Of Drawing
As Original Filed

07 304696

6/7
ATS-88-089.



FIG. 6

TCORDEL0000070



Print Of Drawing
As Original Filed

7/7
AT9-88-089

№ 304696



FIG. 7