IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CISCO SYSTEMS, INC., and | ) | |
| CISCO TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | C. A. No. 07-113 (GMS) |
| v. | ) | |
| | ) | |
| TELCORDIA TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
*Attorneys for Plaintiffs Cisco Systems, Inc.*
*and Cisco Technology Inc.*


OF COUNSEL:

Matthew D. Powers
Edward R. Reines
Sonal N. Mehta
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

David Greenbaum
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

May 12, 2008

ASHBY & GEDDES
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Ave., 18th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-gedees.com
*Attorneys for Defendant*
*Telcordia Technologies, Inc.*

OF COUNSEL:

Vincent P. Kovalick
Christopher T. Blanford
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CISCO SYSTEMS, INC., and          )
CISCO TECHNOLOGY, INC.,           )
                                  )
                  Plaintiffs,     )          C. A. No. 07-113 (GMS)
            v.                    )
                                  )
TELCORDIA TECHNOLOGIES, INC.      )
                                  )
                  Defendant.      )
_____)

### JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE

| Tab | Description | Citing Part(ies) | Pages |
|-----|-------------|------------------|-------|
| 1 | U.S. Patent No. 5,142,622 | Cisco, Telcordia | A1-A15 |
| 2 | March 29, 1990 Office Action | Cisco, Telcordia | A16-A22 |
| 3 | June 29, 1990 Amendment | Cisco, Telcordia | A23-A35 |
| 4 | February 14, 1992 Amendment | Telcordia | A36-A49 |
| 5 | January 31, 1989 Application | Telcordia | A50-A85 |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 12, 2008 I electronically filed the foregoing with the Clerk

of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> Tiffany Geyer Lydon
> ASHBY & GEDDES

I further certify that I caused copies to be served upon the following on

May 12, 2008 in the manner indicated:

### <u>BY HAND DELIVERY and ELECTRONIC MAIL</u>

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801

### <u>BY ELECTRONIC MAIL</u>

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001


*/s/ Karen Jacobs Louden*

_____

Karen Jacobs Louden (#2881)

TAB 1

US005142622A

# United States Patent [19]

## Owens

[11] **Patent Number:** 5,142,622

[45] **Date of Patent:** Aug. 25, 1992

[54] **SYSTEM FOR INTERCONNECTING APPLICATIONS ACROSS DIFFERENT NETWORKS OF DATA PROCESSING SYSTEMS BY MAPPING PROTOCOLS ACROSS DIFFERENT NETWORK DOMAINS**

[75] Inventor: **Gary L. Owens,** Mountain View, Calif.

[73] Assignee: **International Business Machines Corporation,** Armonk, N.Y.

[21] Appl. No.: **304,696**

[22] Filed: **Jan. 31, 1989**

[51] Int. Cl.⁵ ............................... G06F 13/12

[52] U.S. Cl. ......................... 395/200; 364/280.9; 364/284.3; 364/284.4; 364/284; 364/DIG. 1; 395/700; 395/500

[58] Field of Search ............ 395/200, 700, 500; 364/200 MS File, 900 MS File

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,274,139 | 6/1981 | Hodgkinson | 364/200 |
| 4,322,792 | 3/1982 | Baun | 364/200 |
| 4,415,986 | 11/1983 | Chadra | 364/900 |
| 4,500,960 | 2/1985 | Babecki | 364/200 |
| 4,530,051 | 7/1985 | Johnson | 364/200 |
| 4,575,793 | 3/1986 | Morel | 364/200 |
| 4,586,134 | 4/1986 | Norstedt | 364/200 |
| 4,604,686 | 8/1986 | Reiter | 364/200 |
| 4,612,416 | 9/1986 | Emerson | 379/88 |
| 4,631,666 | 12/1986 | Harris | 364/200 |
| 4,677,588 | 6/1987 | Benjamin et al. | 364/900 |
| 4,679,189 | 7/1987 | Olson | 370/60 |
| 4,703,475 | 10/1987 | Dretzka et al. | 370/60 |
| 4,706,081 | 11/1987 | Hart | 340/825.03 |
| 4,736,369 | 4/1988 | Barzilai | 370/94.1 |
| 4,760,395 | 7/1988 | Katzeff | 370/60 |
| 4,768,150 | 8/1988 | Chang et al. | 364/300 |
| 4,790,003 | 12/1988 | Kepley | 379/88 |
| 4,811,216 | 3/1989 | Bishop | 364/200 |
| 4,825,354 | 4/1989 | Agrawal | 364/200 |
| 4,831,518 | 5/1989 | Yu | 364/200 |
| 4,849,877 | 7/1989 | Bishop | 364/200 |
| 4,855,906 | 8/1989 | Burke | 364/200 |
| 4,882,674 | 11/1989 | Quint | 364/900 |
| 4,893,307 | 1/1990 | McKay | 370/60 |
| 4,901,231 | 2/1990 | Bishop | 364/200 |

### OTHER PUBLICATIONS

Introducing the UNIX System by H. McGilton and R.

Morgan pp. 1–7 McGraw-Hill Software Series.
The UNIX Book by Mike Banahan and A. Rutter, J. Wiley & Sons Inc. 1983 pp. 107–120.
The Design of the UNIX Operating System, by Bach, M. J. 1986, Prentice Hall, Englewood Cliffs, N.J.
Dictionary of Computing, 8th Ed., Mar. 1987, IBM Document Composition Facility pp. 238, 326.
Data Communications, vol. 16, No. 5, May 1987, New York, US, pp. 120–142, "SNA to OSI: IBM Building Upper-Layer Gateways" by Thomas J. Routt.
The Sixth International Phoenix Conference on Computers and Communications Feb. 25, 1987, Scottsdale, Ariz., USA, pp. 354–360 by R. Martinez et al.
IEEE Micro, vol. 5, No. 2, Apr. 1985, New York, US, pp. 53–66, "A Multimicrocomputer-based Structure for Computer Networking" by A. Faro et al.
IEEE Infocom '87, Proceedings, Sixth Annual Conference, Mar. 31, 1987, San Francisco, Calif., USA, pp. 1045–1052, "Gateways for the OSI Transport Service" by G. V. Bochman et al.
Proceedings, Ninth Data Communications Symposium, Sep. 10, 1985, Whistler Mountain British Columbia, pp. 2–8 "Development of a TCP/IP for the IBM/370" by R. K. Brandiff et al.

*Primary Examiner*—Thomas C. Lee
*Assistant Examiner*—Eric Coleman
*Attorney, Agent, or Firm*—Wayne P. Bailey; Marilyn D. Smith

[57] **ABSTRACT**

The system and method of this invention automatically routes a connection between data processing systems in different network domains. As an example, an application running on a data processing system utilizing a network domain such as TCP (Transmission Control Protocol), can automatically make a connection to another data processing system utilizing a different network domain such as SNA (Systems Network Architecture). The connection is automatically performed in the layer containing the communication end point objects. In a preferred embodiment, the connection is automatically performed in the socket layer of the AIX operating system, or in the socket layer of other operating systems based upon the Berkeley version of the UNIX operating system.

**8 Claims, 7 Drawing Sheets**





FIG. 1

TCORDEL0000002

A02



FIG. 2



FIG. 3



**FIG. 4**

TCORDEL0000005
A05



FIG. 5

FIG. 6





**FIG. 7**

TCORDEL0000008
A08

5,142,622

**1**

SYSTEM FOR INTERCONNECTING
APPLICATIONS ACROSS DIFFERENT
NETWORKS OF DATA PROCESSING SYSTEMS
BY MAPPING PROTOCOLS ACROSS DIFFERENT
NETWORK DOMAINS

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a network of data processing systems, and more specifically to the interconnection of a plurality of data processing systems between different network protocol domains, such as the different network protocol domains of SNA and TCP/IP.

2. Description of the Related Art

A system having multiple domains has at least one data processing system that is interconnected to at least two different data processing systems through at least two different network domains, i.e. network protocol architectures. A problem with multiple domains is the difficulty in allowing communication between machines which are connected to another type of network. For example, a data processing system utilizing SNA LU 6.2 as its network protocol can not automatically communicate with another data processing system utilizing TCP/IP as its network protocol. Both SNA LU 6.2 and TCP/IP are examples of stream protocols where data flows as a stream of indeterminate lengths, and the bytes are delivered in the correct order. The problem is routing a stream of bytes from a data processing system that utilizes a reasonably equivalent protocol, such as a stream protocol, to another data processing system that also utilizes a reasonable equivalent protocol, such as the stream protocol of this example, but wherein the two protocols are not

the exact same protocol, such as SNA LU 6.2 and TCP/IP.

It is known to solve the above problem at the application program level. An application program which is running on a data processing system at one end of the connection may be designed to utilize a specific network protocol. In this case, it is known to modify the application in order to reimplement the application to work over another protocol. This requires changing the source program code of the original application by some amount. Depending upon how the application program was originally designed, this may require a substantial amount of changes to the program code.

It is also known to solve the above problem by implementing the same protocol on both machines. For example, in order to use an SNA transaction application running in an SNA network, to apply transactions against data processing systems utilizing a TCP network, one could reimplement that transaction application against TCP by then putting TCP on the client data processing system, put IP over SNA, and gateway between the two. The client data processing system can then be implemented utilizing TCP/IP. The problem with this approach is having to reimplement the application to utilize the different protocol at one end of the

**2**

network or the other. This is especially burdensome if the application is large and complex.

There are some application level protocols that handshake back and forth over SNA, e.g. 3270 SNA. These have their own data format with meta-data in the data stream. There are other application level protocols, such as Telnet over TCP, that talk back and forth that have meta-data and data in the data stream. However, one can not get these two to talk together since these two have different data and meta-data in their data streams.

If an application utilized one protocol, and that application were to run on a data processing having a different protocol, knowing the data stream format, one could write the client half of the application on the data processing system utilizing the other protocol.

Therefore, in order to extend network connectivity, it is known to reimplement the application to utilize the different protocol, put one protocol on top of the other, and gateway between the two. It is also known to build a larger network utilizing each type of protocol through replication and duplication.

The term "sockets" is an application program interface (API) that was developed for the Berkeley version of AT&T's UNIX[1] operating system for interconnecting applications running on data processing systems in a network. The term socket is used to define an object that identifies a communication end point in a network. A socket can be connected to other sockets. Data can go into a socket via the underlying protocol of the socket, and be directed to appear at another socket. A socket hides the protocol of the network architecture beneath a lower layer. This lower layer may be a stream connection model (virtual circuit), or a datagram model (packet), or another model.

[1] UNIX is licensed and developed by AT&T. UNIX is a registered trademark of AT&T in the U.S.A. and other countries.

A data connection model refers to a data transmission in which the bytes of data are not separated by any record or marker. A virtual circuit implies that there appears to be one communications end point connected to one other communications endpoint. When the connection is established, only those two end points can communicate with each other.

Sockets are typed by domain (address family or network type), and model type (stream, datagram, etc.). If needed, the socket can be further specified by protocol type or subtype. The domain specifies the addressing concept utilized. For example, there is an internet IP domain, and also a SNA domain for networks utilizing TCP and SNA, respectively. As used herein, the word "domain" is used to refer to the address family of a socket, and not to a domain-naming domain. A domain-naming domain is a concept of a related group of hierarchical addresses, wherein each part of the address is separated by a delimiter, such as a period.

Since a socket is specified by the domain, sockets do not allow cross domain connections. This means that if an application program creates a socket in the Internet (Darpa) domain, it can only connect to sockets in that same domain. Note: "Darpa" is used to specify that Internet, short for internetworking, is not only used herein both to generically specify the internet layer of a particular protocol family which contains means for forwarding, routing control, and congestion control, etc., but also as a name for a particular implementation of an internet called the Internet or the Darpa Internet, or the Arpa Internet. Another name for this internet

5,142,622

**3**

layer is the Internet Protocol (IP). TCP/IP is also commonly used to refer to this protocol.

Originally, the requirement that a socket can only connect to sockets in the same domain was a reasonable restriction. This simplified the program code when there was only one really useful domain anyway. With the advent of the usage of other domains (specifically SNA), cross domain connections have become desirable. For example, cross domain connections would allow mailers to transport mail among domains. Also, cross domain connections would allow programs to communicate using the existing communication networks.

## SUMMARY OF THE INVENTION

It is therefore an object of this invention to automatically route connections between data processing systems that utilize different protocols, independently of said applications running on said data processing systems.

It is a further object of this invention to route, at the socket level, between two networks when a cross-domain connection attempt is detected.

It is a further object of this invention to facilitate the interconnection between data processing systems by allowing socket based applications to easily span across different networks.

It is a further object of this invention to communicate between data processing systems in which one of the data processing systems utilizes TCP/IP and the other data processing system utilizes SNA.

It is a further object of this invention to communicate between two data processing systems via a third data processing system utilized as a TCP to SNA gateway.

It is a further object of this invention to communicate through a connection between two data processing systems both utilizing TCP on each of their local Internets, by bridging the network connection with a long haul SNA connection.

The system and method of this invention automatically routes a connection between data processing systems, independently of an application running on the data processing systems, having different network domains. The preferred embodiment describes the cross domain interconnections with reference to the different network domains of TCP (transmission control protocol) and SNA (systems network architecture).

The routing is automatically performed at a layer which contains the communication end point objects. In the AIX[2] operating system, and other operating systems based upon the Berkeley version of the UNIX operating system, this layer is called the socket layer.

[2]Trademark of IBM Corporation

An intermediate processing system is utilized to gateway between a processing system utilizing a network domain such as TCP, and another processing system utilizing a different network domain such as SNA. Alternatively, the client data processing system can be implemented utilizing TCP/IP which can then be gatewayed through socket routing on the same machine into an SNA data stream without an intermediate processing system performing the socket routing.

In any event, the socket layer which performs the socket routing contains facilities to automatically route a connection across different domains.

In the client processing system which is attempting to create a connection, a socket is created in a particular domain. If the socket is in a different domain, the socket does not fail if the socket routing facility of this inven-

**4**

tion is implemented. The connect function is modified to catch the attempts at a cross domain connection. If a connect function is attempted on a socket in a different domain, then the socket routing facility of this invention is invoked.

Alternatively, a connectto function can be implemented which takes the place of and combines the functions of the socket function and the connect function. With the connectto function, a socket is not created until the route is known. This alleviates the unnecessary work of creating a socket which may fail, and then performing actions as a result of the failed socket. The connectto function determines how a connection can be made, and then creates a socket in the domain that is needed to establish the determined connection.

Through either of the above approaches, a connection to a socket in a different domain can be made through an intermediate socket. When data arrives from one end of the connection to the intermediate socket, the intermediate socket immediately sends the data to the other end of the connection instead of queuing the data for process intervention at the intermediate processing system.

In addition, if the intermediate socket is queried for the address of the other end of the connection, the intermediate socket identifies the connecting host as opposed to the intermediate host. In this way, the socket routing facility of the intermediate host is transparent to the hosts at each end of the connection.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a diagram showing a connection from a process AA on host A to a process CC on host C. Socket routing is utilized to cross the boundary between the networks of type A and type C at host B.

FIG. 2 is a flow diagram showing the operational scenario of FIG. 1 using explicit and implicit routing.

FIG. 3 is a flow diagram showing the modified steps in performing a connect ( ) function to a destination.

FIG. 4 is a flow diagram showing the steps of creating a socket if the host does not have a socket in the specified domain.

FIG. 5 is a flow diagram showing the steps performed at host B.

FIG. 6 is a flow diagram showing the steps of a connectto ( ) function.

FIG. 7 is a more detailed diagram of the socket routing facility of this invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description describes an architecture for routing virtual circuits based on sockets. Although this implies stream sockets, the invention is not limited to stream protocols or to sockets. The concepts of this invention could be applied to similar communication end points that are utilized within other operating systems.

Referring to FIG. 1, a process AA, 10, in a data processing system 11, host A, desires to connect its socket facilities 12 to the process CC, 40, in a data processing system 41, host C. The data processing system 11 is shown as only supporting a particular domain of sockets AF—A, 13, such as TCP, and data processing system 41 is shown as only supporting sockets that exist in the domain having address family C, 43. Since the naming conventions and the underlying transport mechanisms

TCORDEL0000010

A10

5,142,622

5                                                                                  6

are different between address family A, 13, and address family C, 43, no interconnection can take place without an intermediate facility. The intermediate facility is the socket routing facility 70 in socket layer 32, which exists in data processing system 31, shown as host B.

To describe the initiation of a connection, the process AA, 10, in the data processing system 11, will activate a connection through the sockets programming interface to the general socket code, 12, which in turn goes through the address family specific socket code for AF_A, 13. The necessary data and control information will be handled by the interface and physical access layers, 14. The data will then go out on the network 50 and end up going into data processing system 31, shown as host B, via the interface layer 34, and then through the code for address family 30 A, shown as AF_A, 36.

For comparison, data processing system 21, shown as host D, shows existing internet routing within a single address family, the address family A, AF_A, 23. It should be noted that the cross connection occurs within the address family A, 23. Almost any TCP/IP implementation can route within its own address family. Likewise, SNA has similar gateway and forwarding capabilities. The cross over as shown in data processing system 21 is independent of the model type of either stream or datagram. It is only dependent upon being within the same network domain.

In data processing system 31, the connection request packets will go through the interface layer code 34 to the address family A code, AF_A, 36, through the general socket layer 32, and into the socket routing code 70. The socket routing code facility 70, is where the address mapping and cross connection takes place. The cross connection arrows 37 are shown drawn in the socket routing layer 70 of data processing system 31, as opposed to the cross connection arrows 27 which are shown in the address family code 23 of data processing system 21.

A connection request generated in the socket routing code 70 of data processing system 31 will then go down through the address family C code, AF_C, 33, and through the interface layer code 35 for the other network 60, such as SNA. The connection request packets go across the network 60 to the interface layer code 44, up to the address family C code, AF_C, 43, continuing through the general socket interface layer code 42 where the connection is registered. Then the process CC, 40, can respond to the connection request in order to establish the connection between cross domain networks.

FIG. 7 shows item 70 of FIG. 1 in greater detail. Item 701 is the programs and data for controlling the socket routing facility. A connection request to establish socket routing will come in on the sockets for this service, items 704, and 705. The routing agent software, item 703, will accept the connection, which creates a data socket, items 709–714. The route request message will come in on that data socket, and the routing agent, 703, will consult its route database, 702, to see if a route is possible. If a route is possible, the routing agent, 703, will consult its route database, 702, on how to establish the route. Then, the routing agent creates a matching data socket (item 710 for item 709, etc.), and connects to the next hop. When the routing agent software receives any replies for further route hops, it forwards them back to the socket routing requestor via the accepted data socket. When all hops are made, the socket routing agent will create a data transfer agent, items 706–708,

that joins the pairs of data sockets, and forwards data from one to the other and vice versa.

The above scenario is further described in the following programming design language code. The following includes examples and uses programs and function names to describe the operational scenario of FIG. 1. The following operational scenario assumes a telnet (or similar program) connected to a remote processing system that is separated by at least one domain boundary. The following uses three machines: "host_A" is connected to "host_B" via TCP, and "host_B" is connected to "host_C" via SNA.

```
*/from application view/*
user on host_A says "telnet host_C"
telnet does a gethostbyname for "host_C"
telnet tries to create a socket for domain of "host_C"
    - it fails
telnet does a getservbyname for sockroute
    - it finds (the only) sockroute available in TCP
      domain
telnet invokes sockroute function to get which domain
      to initiate the connection in (or to get a route
      to host_C)
since telnet knows it is now using socket routing it
    uses the (initial domain and routelist) to
    1. create a socket in its initial domain. (TCP)
    2. connects to sockaddr of "host_C" telnetd
      -or "connectto routelist telnetd"
when socket connect succeeds, proceed as any
    SOCK_STREAM app would
- alternatively ( with connectto() as "full function")
user on host_A says "telnet host_C"
telnet does a gethostbyname (or getaddrbyname) for
    "host_C" - to see if it exists and to get
    host_C's address
telnet does a "connectto ( host_C:telnetd,
    SOCK_STREAM) - which gets a required socket.
    COPYRIGHT IBM CORPORATION 1988
```

The above program design language code is further explained with reference to FIGS. 2–4. The term "telnet" is a remote terminal emulator having the argument "host_C". This invokes the terminal emulator to a remote host, which in this case is "host C", step 201, FIG. 2. "Gethostbyname" is a function call of the telnet program which gets the addressing information for host C, step 203, FIG. 2. The addressing information for host_C will include a domain and an address within the domain.

At this point, the routing can be performed either explicitly or implicitly. Explicit action would involve the user code invoking a router function, if the initial attempt to create a socket fails. Implicit action would simply be doing a connectto ( ) on the destination address. In explicit routing, the advantage is explicit control by the application. The disadvantages are lack of centralized control, and more complicated user code. In implicit routing, the advantages and disadvantages are just the opposite of those stated above. In implicit routing, the advantages are more centralized control, and less complicated user code. In implicit routing, the disadvantage is that the application does not have direct control.

With explicit routing, Telnet tries to create a socket within that domain, step 204. If the host does not have sockets of that domain, step 205, the socket creation will fail, step 211. At this point, the application, Telnet, invokes a router function, step 213 FIG. 4, if the socket attempt failed, step 211. If the host does have sockets within this domain, the socket attempt will succeed, step 206. If the socket attempt succeeds, the application

TCORDEL0000011

5,142,622

7
8

does a connect ( ), step 215. The connect ( ) is further shown with reference to FIG. 3. If the connect ( ) succeeds, step 217, FIG. 2, the communication between the two processes proceeds as is typically known in the art, step 207.

If a connect in the same socket domain failed, then (possibly with a socket option set) the socket routing would be invoked. This provides implicit routing, FIG. 3, even in the case of a connection between two domains of the same type, using an intermediate domain of different type.

As shown in FIG. 3, modifying the function connect ( ) enables the connect ( ) to catch those situations in which socket routing is needed to gateway between two like domains using unlike domains. If a normal connection, step 301, fails, step 303, and the failure is due to the destination network being unreachable, step 307, then an attempt at implicit routing will be made. This begins with step 311 where a socket route is sought for the destination. If no route is found, then an error is reported, step 315. If a route is found, a connection is made to the socket routing service at the first hop, step 317. Then, a route request is sent, step 319, and the route request replies are received, step 321, until all the hops are connected, step 323. At this time, a connect up request is sent to tell all of the routers to set up the line for data transmission, step 325. After the connect up reply is received, step 327, the peer address of the destination is set for the local socket, step 329, and an indication of success is returned to the invoker of this connect, step 331.

Referring back to FIG. 2, a connectto function can be added to the generic socket layer code to implement implicit routing from an application level, step 221, FIG. 2. The connectto function is called instead of a socket function and a connect function. The function of the socket system call and the function of the connect are combined into the connectto function. The advantage of this is that the connectto function can handle more addressing issues. Also the connectto function does not need to create a socket in the kernel, which may fail, and then have to act upon the failed socket.

The socket parameters of the connectto function would include the type and the protocol. Since the previous connect call has arguments for the host name, the connectto function would take the name of the host in a more portable form, such as the name of the host in a text stream, whereas, connect takes the name of the host in a socket structure.

Referring to FIG. 6, the connectto( ) function is for further described. If connectto( ) is implemented so that it takes a host name as an argument, then it gets the destination address, step 601. Using this address, the function checks the route table for the destination, step 603. If no route is found, step 605, then an error is returned, step 607. If the destination is in the same domain, and no unlike domains are required for gateways, step 609, then a socket is created in the same domain, step 611. A normal connection is established to the destination, step, 612. The route for communication is then established, step 613.

If the destination is not the same domain or unlike domains are required for gateways, step 609, then a socket is created in the domain of the first hop, step 615. A connection to the socket routing service at the first hop is then established, step 617. A route request is sent, step 619, and a reply to the request is received, step 621, until all hops are connected, step 623. After this, a con-

nect up request is sent, step 625, and its reply is received, step 627. The peername of the destination is set for the local socket, step 629. The route is now available for normal communications, step 613.

With the following modifications, referred to as socket routing, the creation of a socket can continue, step 213, as shown in FIG. 4, when the host does not have a socket in the specified domain, step 205, FIG. 2. The modifications take place at the client side, host—A. Host—C is referred to as the server.

The telnet application performs a "getservbyname" function for the socket routing service, step 401, FIG. 4. If, for example, the host only has sockets in the TCP domain, telnet will find the only socket route available in the TCP domain, step 403. Next, telnet uses the sockroute function, step 405, to determine the route and what domain of socket to create, step 406. Then, the socket is created for the initial hop of the route, step 412, and then the connection would be set up, step 413. At this point, the application can talk to the host as it otherwise would have with any other socket stream, and in this case, using the telnet data stream, step 414.

Assuming the route initialization is done by a daemon or library function on host—A (and not kernel code), then host—A's socket code doesn't really have much to do with socket routing. Basically, if socket routing is performed outside of the operating system kernel on host—A, then no changes to host—A's socket code need to be made.

The following programming design language code, and the following description with reference to FIG. 5 describes what happens on host—B.

```
        */ on host—B /*
sockroute daemon receive connection from host—A
        (asking for connection to host—C)
sockroute daemon consults route table -or route list
        provided with connection request.
sockroute daemon decides to connectto to host—C via
        SNA socket
        (since it is last hop, it doesn't need to connect
         to a sockroute daemon on host—C)
when connection completes, host—B sockroute daemon
        1. sends response back to socket routing on
           host—A
        2. cross connects the TCP and SNA sockets on
           host—B
when routing on host—A receives response, it pulls out
of the way, leaving telnet connected all the way to
host—C
```

COPYRIGHT IBM CORPORATION 1988

Essentially, the above code describes the scenario in which a service waits around for a connection. With reference to FIG. 5, the sockroute daemon, which runs on host—B, receives connections from other processes requesting its services, step 501. The sockroute daemon is analogous to a telephone operator who is requested to make a connection to another person from a caller. The requesting process, caller, supplies the sockroute daemon, operator, with the necessary connection information in order to make the connection, step 503. Once the sockroute daemon makes the connection, the sockroute daemon leaves the connection. If this connection leads to the final destination, step 505, no other sockroute daemons on a next host need to be called, and the sockroute daemon connects to the final host destination via a SNA socket, step 507. However, it is possible to have multiple sockroute daemons, operators, that are needed to make a connection from a first host to a final host

TCORDEL0000012

5,142,622

9

destination. If this connection does not lead to the final host connection, then another sockroute daemon on a next host must be called, step 506, and the above steps repeated.

The sockroute daemon on host_B then sends a response back to the socket routing service on the originating host, host_A, step 509. Host_B cross connects the TCP and SNA sockets on host_B, step 511. When the routing service on host_A receives the response, host_B pulls out of the way. This leaves a telnet connection all the way from host_A to host_B, step 513.

It should be noted that since host_C is the end of the line, its socket layer is entirely unaffected for data transfer purposes.

There is a function called getpeername ( ) that is part of the sockets programming interface. A socket can also be queried as to which service is connected to it. For example, if host_C queried its socket to determine which service at the other end it was connected to, the response would be the intermediate host, host_B, instead of the actual service at the other end of the connection which in this example is host_A. Therefore, the getpeername would need input from the socket routing code at both ends of the connection, as well as some kernel changes, for it to work in a transparent fashion. For transparency, the getpeername would respond with host_A, the real end of the completed connection, if the socket in host_C was queried as to the party at the other end of the connection.

The details of the address mapping and socket routing facilities within the socket layer 32, which effectuates the cross domain connections, are described hereafter.

Gatewaying of socket based protocols is achieved by looping two sockets together at the top end. Such a mechanism would allow a router to create a path that would cross domain boundaries. A router in this context would be program code that would decide how to get to one data processing system to the other such as in the internet layer of TCP/IP. SNA also has similar code. The mechanism for looping two sockets together at the top end would not require file descriptors, or process switching time on the connecting node, once the connection is established. The following illustrates the changes to the socket layer interface of an operating system, such as the AIX operating system that utilizes the Berkeley sockets, that may be made to implement socket routing of this invention. These changes include the following:

modify "connect" to catch cross domain connects
add "connectto" to implement implicit routing from application level.
as an option, create library functions for routing
modify socket buffer handling, etc. to allow cross connections without process intervention
as an option, add function so getpeername works transparently
define socket routing protocol and messages (in kernel or as a daemon)
if needed, modify nameserver for domain gateways and routing info.

If connectto is not used to hide the routing from the user in a library, it is also possible to create library functions to perform the routing. However, the user will require a facility to figure out which machine has a socket routing daemon to service an intermediary. These functions(s) would allow a user program to invoke socket routing with minimal effort. Possible function to be defined are:

10

"get_route"—user program asks for route (useable by connect( ))
"get_type_of_socket_I_should_open_to_get_to_host"—done against the return from "get_route"—or does implicit "get_route".
connectto"—(1) looks up route, (2) creates a socket in proper domain, (3) established connection.
i.e., instead of
    hp=gethostbyname(host);
    (fill in sockaddr from hp . . . )
    so=socket(AF_XX, SOCK_STREAM,0); connect (so, sockaddr, sockaddrlen);
a program does
    so=connectto(host, SOCK_STREAM, 0);

In addition, modifying socket buffer handling will allow cross domain connections without process intervention. Previously, a socket is set up such that when data arrives, the data is stored in a queue while the data waits for a process to read it. At the gateway, the socket routing machine, when data arrives from one end of the connection, the data has to be automatically sent out the other side to the other end of the connection, and vice versa.

A current implementation of socket buffering would require that a process be running against all the sockets that are cross connected. A more efficient means would be to add this cross connection at a socket buffer layer, so that no process scheduling needs to be done to send the data on its way. In either case, flags are added to the socket data structures.

As previously mentioned, additional function is added to the "getpeername" function to enable the intermediate host to appear transparently in the connection between the originating host destination and the final host destination. Previously, the socket peer address has been handled by protocol dependent means. A change is required so that getpeername( ) works correctly. The change involves having the peer address propagated by the route daemons, in both directions. Then the routing code at each end of the connection would do a "set peer address" operation, which would override the protocol's peer address function.

The socket routing facility of this invention also requires a socket routing protocol and messages. It is desirable that the socket routing code handle routing in a flexible manner. To achieve this, a preferred embodiment of this invention has a socket routing daemon on each machine that is an interdomain gateway. The daemon would be listening on well-known socket(s) for routing requests. When a request came in (via a connecting socket) the routing daemon would examine the request and perform the desired action.

These requests (and their responses) are as follows:
Messages For Socket Routing Protocol
    and the information that goes with each message
    route request—sent to request a route be set up
        originator address
    hop destination address
        flag for intermediate or final hop
    route request reply—received to indicate completion and success/fail of route request
        status for success or failure
    connectup request—sent to establish normal data pathway
        <none>
    connectup reply—received to indicate completion and success/fail of connectup request
        status for success or failure

5,142,622

11

The socket routing service code is used to perform routing at the intermediate nodes, i.e. the gateway node. When a request for service arrives at the gateway machine, such as for any other socket connection, the request for service would arrive at a particular socket 5 which would be the socket of the socket routing daemon. The process with this particular socket open could be either in the kernel or running as a user level process.

Therefore, the socket routing service code can be created as a daemon or in the kernel. Preferably, the 10 socket routing service code will exist mostly or completely as a daemon. Some minor parts, such as ioctls (input output controls) to tie sockets together, may exist as part of the kernel. However, these minor parts support the daemon, and are not really a part of the socket 15 routing service code. As an alternative, it is also possible to put the routing implementation part (as opposed to the route figuring out part) in the kernel, which would save process context switch time.

Another modification may be made to implement the 20 socket routing of this invention. The nameserver may be modified for domain gateways and routing information. The (name) domain name server needs to have a type of data for inter(socket) domain gateways. It may also be desirable for it to find gateways when looking up 25 a host address. It would be desirable if it would flag the fact that a host requires an inter(socket) domain gateway to get to it.

While the invention has been particularly shown and described with reference to a preferred embodiment 30 including sockets, the underlying idea of cross domain connections could be achieved with other operating systems having other communication endpoints other than sockets. It will be understood by those skilled in the art that various changes in form and detail may be 35 made without departing from the spirit and scope of the invention.

I claim:

1. A system for communicating between a first data processing system in a first network domain and a sec- 40 ond data processing system in a second network domain, wherein said first network domain has a network protocol architecture different from said second network domain, said system comprising:

   at least one communication end point object in a layer 45 of said first data processing system in said first network domain and at least one communication end point object in a layer of said second data processing system in said second network domain;

   means, independently of an application running on 50 either of said data processing systems, for automatically establishing, in said layer of said first data processing system and in said layer of said second data processing system, a connection between said first processing system and second processing 55 system and comprising means for mapping protocols between said first and second network domain; and

   means for communicating over said connection between said first data processing system and said 60 second data processing.

2. The system of claim 1 wherein the first network domain is a Transmission Control Protocol and the second network domain is a Systems Network Architecture. 65

3. A system for communicating between a first data processing system in a first network domain and a second data processing system in a second network do-

12

main, wherein said first network domain has a network protocol architecture different from said second network domain, said system comprising:

   at least one communication end point object in a layer of said first data processing system;

   an intermediate data processing system having at least one communication end point object in a layer of said intermediate data processing system;

   at least one communication end point object in a layer of said second data processing system;

   means, in said intermediate data processing system, for establishing automatically routed connections in said layer of said first data processing system, said layer of said second data processing system and said intermediate data processing system and comprising means for mapping protocols between said first and second network domain, said first and second processing systems each including means for executing respective application programs; and

   means for communicating through said automatically routed connections between said first data processing system in said first network domain and said second data processing system in said second network domain.

4. The system of claim 3 wherein said means for communication immediately sends any data received from one end of said routed connection to said other end of said routed connection.

5. The system of claim 3 wherein said first data processing system includes a socket layer of socket code in said first data processing system;

   said at least one communication end point object in a layer of said first data processing system is a socket in said socket layer of said first data processing system;

   said intermediate data processing system includes a socket layer of socket code in said intermediate data processing system;

   said at least one communication end point object in a layer of said intermediate data processing system is a socket in said socket layer of said intermediate data processing system;

   said second data processing system includes a socket layer of socket code in said second data processing system;

   said at least one communication end point object in a layer of said second data processing system is a socket in said socket layer of said second data processing system.

6. A system for communicating between a first data processing system in a first network domain and a second data processing system in a second network domain, wherein said first network domain has a network protocol architecture different from said second network domain, said system comprising:

   at least one socket in a socket layer of said first data processing system in said first network domain;

   at least one socket in a socket layer of said second data processing system in said second network domain;

   means, independently of an application running on either of said data processing systems, for establishing in said socket layer of said first data processing system and in said socket layer of said second data processing system an automatically routed socket connection between said first data processing system and said second data processing system and

TCORDEL0000014

5,142,622

**13**

comprising means for mapping addresses between said first and second network domain; and

means for communicating through said socket connection between said first data processing system and said second data processing system.

7. A method for communicating between a first data processing system in a first network domain having a socket and a second data processing system in a second network domain, wherein said first network domain has a network protocol architecture different from said second network domain, said method comprising:

establishing, by said first data processing system, a socket in said second data processing system in said second network domain; and

invoking a routing facility to automatically establish a socket connection between said socket in said first data processing system and said socket in said second data processing system when said socket in said second data processing system is established and comprising means for mapping protocols between said first and second network domain;

communicating over said socket connection between said socket in said first data processing system in said first domain and said socket in said second data processing in said second domain; and

executing an application program on each of said first and second processing systems.

**14**

8. An operating system for use with a plurality of data processing systems for communicating between a first data processing system in a first network domain and a second data processing system in a second network domain, wherein said first network domain has a network protocol architecture different from said second network domain, said operating system comprising:

at least one socket in a socket layer of said first data processing system in said first network domain;

at least one socket in a socket layer of said second data processing system in said second network domain;

means, independently of an application running on either of said data processing systems, for automatically routing, in said socket layer of said first data processing system and in said socket layer of said second data processing system, a socket connection between said first data processing system and said second data processing system and comprising means for mapping addresses between said first and second network domain;

means for establishing said socket connection; and

means for communicating through said socket connection between said first data processing system and said second data processing system, wherein said data first and second processing systems each include means for executing respective application programs.

* * * * *

TAB 2



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

9N 304696

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/304,696 | 01/31/89 | OWENS | G | AT988089 |

|  |
|---|
| EXAMINER |

MARILYN D. SMITH
IBM CORPORATION
11400 BURNET ROAD, 932/815
AUSTIN, TX 78758

| COLEMAN·E | |
|---|---|
| ART UNIT | PAPER NUMBER |
| 232 | 5 |

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

03/29/90

☒ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire three (3) month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I  THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.    2. ☐ Notice re Patent Drawing, PTO-948.
3. ☒ Notice of Art Cited by Applicant, PTO-1449.    4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☒ Information on How to Effect Drawing Changes, PTO-1474.    6. ☐ _____

**Part II  SUMMARY OF ACTION**

1. ☒ Claims 1-9 _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims 1-9 _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the
   examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____ has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
   ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
   accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☒ Other — See attached

**EXAMINER'S ACTION**

PTOL-326 (Rev.9-89)

TCORDEL0000083
A16

Serial Number 304696                          Art Unit 232

15.        Claims 1-9 are presented for examination.

16.        Claims 1-9 are rejected under 35 U.S.C. 112, second
paragraph, as being indefinite for failing to particularly
point out and distinctly claim the subject matter which
applicant regards as the invention.

17.        The scope of meaning of the following claim language is
not clear:

          a) " layer of said first data processing system"
-- claim 1 (line 6),claim 3 (line 6),claim 7(line 13);

          b) "layer of said second data processing system"
-- claim 1 (line 7),claim 3 (line 8);

          c) "said layer" -- claim 1 (line 10),claim 3,(lines 7,11);

          d) "said routed connection" -- claim 1 (line 14),
claim 3(line 15);

          e)"socket in a socket layer" -- claim 5 (line 2),
claim 9(line 7);

          f) "socket layer" -- claim 6 (line 10), claim 9(line
12);

          g)" said socket connection -- claim 6(line 14),
claim 7(line 12), claim 9(line 16);

          h) "creating...a socket" --claim 7 (line 5);

          i) " connect a socket" -- claim 7 (line 8);

          j) " said created socket" -- claim 7 (line 9),
claim 8(line 13);

          k) "said socket" -- cliam 7 (line 10);

          l)" determining a means to make a connection"
-- claim 8(line 5);

          m)" creating a second socket" -- claim 8 (line 8);

          n) "the determined connection" -- claim 8 (line 9);

          o) " said determined connection" -- claim 8(line 11);
and

                              - 2 -

TCORDEL0000084
A17

Serial Number 304696                              Art Unit 232

      p) "said layer of said second...system" -- claim 9 (line 8).

18.     As to 17(a,b) above,the meaning is ambiguous (i.e.,is there a physical layer or a  layer of software or something else being claimed).

19.     As to 17(c,d,j,n,o,p)  above,the antecedent basis is not clear.

20.     As to 17(e,f,g,h,i,k,m)above, the meaning is ambiguous (i.e., is there a physical socket or a software connection or something else being claimed).

21.     As to 17(l) above,the meaning is ambiguous(i.e., it is unclear what criteria is used to make the claimed determination and  it is unclear what determination is being claimed).

22.    The following is a  quotation of 35 U.S.C.  103 which  forms the basis for all obviousness rejections set forth in this  Office action:

> "A  patent  may not be obtained though the invention  is  not
> identically  disclosed or described as set forth  in  section
> 102 of this title,  if the differences between  the  subject
> matter sought to be patented and the prior art are such  that
> the subject matter as a whole would have been obvious at  the
> time the invention was made to a person having ordinary skill
> in the art to which said subject matter pertains.
> Patentability  shall not be negatived by the manner in  which
> the invention was made.   Subject matter developed by another
> person,  which  qualifies as prior art only under  subsection
> (f) and (g) of section 102 of this title,  shall not preclude
> patentability under this section where the subject matter and
> the  claimed invention were,  at the time the  invention  was
> made, owned by the same person or subject to an obligation of
> assignment to the same person."

23.    Claims 1-9 are rejected under  35  U.S.C.  103 as  being unpatentable over Chang in view of Barzilai.

24.    Chang taught (e.g., see figs 1-20) applicant's invention substantially as claimed including a data processing ("DP")system comprising :

     a)communication end point object means and method (claims 1,6,7,8,9)(e.g., see col. 3, line 7);

     b) independent automatic routing means and method(20)

- 3 -

Serial Number 304696                              Art Unit 232

(claims 1.6,7,8,9)(e.g., see col. 3. line 18,and col. 5, line 18);

c) means and method for communicating over

routed connection means (claims 1,6,7,8,9) (e.g., see col.3,

line 13).

25.    Chang did not expressly detail(claims 1,6,7,8,9)

that the communication end point means was in a layer of a

first and a second data processing system . Chang , however,

taught data exchange between remote programs (e.g., see col.3,

line 18)and commands and routines that comprise a parameter

that identifies  the connection through a connection ID, a

parameter which identifies a network function request and a

parameter that points to a specific stucture in memory

(e.g., see col.3, lines 45-53). Therefore it would have

been obvious to a routineer in the DP art that Chang's DP system

comprised a communication end point that was in some layer

of the operating system software which was used in communication

between DP systems.

26.    As to the limitations of claim 2, Chang taught

the use of Systems Network Architecture for communication

(e.g., see col. 4, line 43), and accessing a network protocol

(e.g., see col. 4, line 59).

27.    Chang did not expressly detail (claim 3) an intemediate

system. Barzilai, however, taught an intermediate data

processing means (2) for routing communications between

remote processing means(e.g., see fig. 8 and col. 6, line 34).

28.    It would have been obvious to a routineer in the

DP art to combine the teachings of Chang and Barzalai because

they were both directed toward the problems of providing

efficient program communication via to DP system networks.

29.    As to the  limitations of claims 4, Barzilai taught

the data receiver sending an indication to slow down or stop the

- 4 -

TCORDEL0000086

Serial Number 304696                          Art Unit 232

sending of data when it could not handle the data at the
current transmission rate( e.g.,see col. 3.,line 1) therefore
it would have been obvious to a routineer that in the DP art that
for the slow down or stop indication to be necessary in the remote
communication via an intermediate processor means (2) then
the intermediate processor would have had to immediately
send the data to the receiving processor upon
receipt of the data.

30.     As to the "socket layer limitation of claims 5-9
it is unclear if the claimed invention operated exactly like
Chang's DP system due to the discrepancy as detailed in
paragraph 20 supra.

31.     As to the operating system limitation of claim 8,
Chang (e.g., see col.3, line 5) and Barzilai(e.g. see
fig.8) further taught that their communication was via
an operating system means.

32.     The  prior art made of record and not  relied  upon  is
considered pertinent to applicant's disclosure.

        Burke taught a DP system  for handling  unsolicited
messages from lower tier controllers (e.g., see abstract).

        Hart disclosed a DP system for bridging local area
networks (e.g., see abstract).

        Babecki disclosed a DP system  for geographically
distributed time-shared communication (e.g., see abstract).

        Kepley disclosed a DP system with a message service
system network (e.g., see abstract).

        Dretzka disclosed a DP system using multiple
physical links (e.g., see abstract).

        Norstedt disclosed a DP system for network
communication (e.g., see abstract).

        Emerson disclosed a DP system with integrated message
service (e.g., see abstract).

- 5 -

Serial Number 304696                                    Art Unit 232

<u>Yu</u> disclosed a DP system for multiprocessor interrupt rerouting (e.g., see abstract).

33.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Eric Coleman whose telephone number is (703) -557 - 8014.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) - 557 - 2878.


EC/ec


RADLFE B. JACHE
PRIMARY EXAMINER
ART UNIT 232

- 6 -

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP—APART AND DISCARD CARBON

| FORM PTO-892<br>(REV. 3-78) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | SERIAL NO.<br>304696 | GROUP ART UNIT<br>232 | ATTACHMENT<br>TO<br>PAPER<br>NUMBER | 5 |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S)<br>Gary L. Owens | | | |

### U.S. PATENT DOCUMENTS

| • | | DOCUMENT NO. | | | | | | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 4 | 7 | 6 | 8 | 1 | 5 | 0 | 8/88 | Chang et al. | 364 | 300 | 9/17/86 |
| B | 4 | 7 | 3 | 6 | 3 | 6 | 9 | 4/88 | Barzilai | 370 | 94.1 | 6/13/86 |
| C | 4 | 8 | 5 | 5 | 9 | 0 | 6 | 8/89 | Burke | 364 | 200 | 10/23/87 |
| D | 4 | 7 | 0 | 6 | 0 | 8 | 1 | 11/87 | Hart | 370 | 61. | |
| E | 4 | 5 | 0 | 0 | 9 | 6 | 0 | 2/85 | Babecki | 364 | 200 | |
| F | 4 | 7 | 9 | 0 | 0 | 0 | 3 | 12/88 | Kepley | 379 | 88 | 4/27/87 |
| G | 4 | 7 | 0 | 3 | 4 | 7 | 5 | 10/87 | Dretzka et al. | 370 | 60 | |
| H | 4 | 5 | 8 | 6 | 1 | 3 | 4 | 4/86 | Norstedt | 364 | 200 | |
| I | 4 | 6 | 1 | 2 | 4 | 1 | 6 | 8/86 | Emerson | 379 | 88 | |
| J | 4 | 8 | 3 | 1 | 5 | 1 | 8 | 5/89 | Yu | 364 | 200 | 8/26/86 |
| K | | | | | | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| • | | DOCUMENT NO. | | | | | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. PP. DWG SPEC. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | | | | | |
| M | | | | | | | | | | | | |
| N | | | | | | | | | | | | |
| O | | | | | | | | | | | | |
| P | | | | | | | | | | | | |
| Q | | | | | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER<br>Eric Cl | DATE<br>3/14/90 | |
|---|---|---|

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

Tab 3



PATENT
07/304,696

#7A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE 230

In re application of       :   Before the Examiner:   3+
         7-9-90

     G. L. Owens          :       E. Coleman

Serial No.: 07/304,696      :   Group Art Unit: 232

Filed: 1/31/89          :   Intellectual Property

Title: SYSTEM AND METHOD FOR   :     Law Department

      INTERCONNECTING       :   International Business

      APPLICATIONS ACROSS    :     Machines Corporation

      DIFFERENT NETWORKS OF   :   11400 Burnet Road

      DATA PROCESSING SYSTEMS   :   Austin, Texas   78758

June 29, 1990

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed to: Box Non-Fee Amendments, Commis-
sioner of Patents and Trademarks, Washington, D. C. 20231 on
June 29, 1990.

Robert M. Carwell
Attorney for Applicants, Registration No. 28,499

Robert M. Carwell     June 29 1990
Signature           Date

## AMENDMENT

Honorable Commissioner of Patents and Trademarks

Washington, D. C.   20231

Sir:

    In response to the Office Action dated March 29, 1990,

please amend the above identified Application as follows:

## IN THE CLAIMS:

Cancel Claim 8 without prejudice to Applicant. Please amend

Claims 1, 3-7 and 9 as follows:

AT9-88-089               1

TCORDEL0000091

A23

PATENT
07/304,696

Claim 1 (Amended)   A system for communicating between a
first data processing system in a first network domain
and a second data processing system in a second network
domain, said system comprising:

at least one communication end point object in a layer
of said first data processing system and at_least one
communication end point object in a said layer of [said]
second data processing system;

means, independently of an application running on either
of said data processing systems, for automatically
[routing] establishing, in said layer of said first data
processing system and in said layer of said second data
processing system [having said at least one communica-
tion end point object], a connection between said first
processing system and said second processing system; and

means for communicating over said [routed] connection
between said first data processing system and said
second data processing.

Claim 3 (Amended)   A system for communicating between a
first data processing system in a first network domain
and a second data processing system in a second network
domain, said system comprising:

at least one communication end point object in a layer
of said first data processing system[,] ;

AT9-88-089                        2

PATENT
07/304,696

an intermediate data processing system having at least
one communication end point object in a layer of said
intermediate data processing system;

at least one communication end point object in a layer
of said second data processing system;

[in said layer of an intermediate data processing
system, and in said layer of said second data processing
system;]

means, in said intermediate data processing system, for
establishing automatically routed connections in said
layer of said first data processing system, said layer
of said second data processing system, and said interme-
diate data processing system.

[automatically routing, in said layer having said at
least one communication end point object, a connection]
between said first processing system and said second
processing system; and

means for communicating through said automatically
routed connections [in said intermediate processing
system] between said first data processing system and
said second data processing system.

Claim 4 (Amended)    The system of claim 3 wherein said means
for communication [in said intermediate processing
system] immediately sends any data received from one end
of said routed connection to said other end of said
routed connection.

AT9-88-089                        3

TCORDEL0000093
A25

PATENT
07/304,696

Claim 5 (Amended)    The system of claim 3 wherein said first
data processing system includes a socket layer of socket
code in said first data processing system;

said at least one communication end point object in a
layer of said first data processing system is a socket
in said socket layer of said first data processing
system; [said at least one communication end point
object is a socket in a socket layer of each of said
data processing systems.]

said intermediate data processing system includes a
socket layer of socket code in said intermediate data
processing system;

said at least one communication end point object in a
layer of said intermediate data processing system is a
socket in said socket layer of said intermediate data
processing system;

said second data processing system includes a socket
layer of socket code in said second data processing
system;

said at least one communication end point object in a
layer of said second data processing system is a socket
in said socket layer of said second data processing
system.

Claim 6 (Amended)    A system for communicating between a
first data processing system in a first network domain

AT9-88-089                          4

PATENT
07/304,696

and a second data processing system in a second network
domain, said system comprising:

at least one socket in a socket layer of said first data
processing system [and in said layer of said second data
processing system];

at least one socket in a socket layer of said second
data processing system;

means, independently of an application running on either
of said data processing systems, for establishing in
said socket layer of said first data processing system
and in said socket layer of said second data processing
system an automatically routed socket [automatically
routing, in said socket layer, a] connection between
said first data processing system and said second data
processing system; and

means for communicating through said socket connection
between said first data processing system and said
second data processing system.

Claim 7 (Amended)   A method for communicating between a
first data processing system in a first network domain
having a socket and a second data processing system in a
second network domain, said method comprising:

establishing [creating], by said first data processing
system, a socket in said second data processing system
in said second network domain; and

TCORDEL0000095
A27

PATENT
07/304,696

invoking a routing facility to automatically <u>establish a
socket connection between said</u> [connect a] socket in
said first data processing system [to said created] <u>and</u>
<u>said</u> socket in said second data processing system when
said socket [is created] in said second <u>data processing</u>
<u>system is established</u> [network/domain]; and

communicating over said socket connection between said
socket in said first data processing system in said
first domain and said [created] socket in said second
data processing system in said second domain.

[Cancel Claim 8.]

But C 4

Claim 9 (Amended)    An operating system for use with a
plurality of data processing systems for communicating
between a first data processing system in a first
network domain and a second data processing system in a
second network domain, said operating system comprising:

at least one socket in a socket layer of said first data
processing system [and in said layer of said second data
processing system]<u>;</u>

<u>at least one socket in a socket layer of said second</u>
<u>data processing system</u>;

means, independently of an application running on either
of said data processing systems, for automatically
routing, in said socket layer <u>of said first data pro-</u>
<u>cessing system and in said socket layer of said second</u>
<u>data processing system</u>, a <u>socket</u> connection between

AT9-88-089                              6

PATENT
07/304,696

said first data processing system and said second data processing system; [and]

means for establishing said socket connection; and

means for communicating through said socket connection between said first data processing system and said second data processing system.

## REMARKS

Claims 1, 3-7 and 9 have been amended herewith and Claim 8 cancelled without prejudice to Applicant.

In paragraph 16 & 17 of the subject Office Action, the Examiner has rejected Claims 1-9 under 35 U.S.C. 112, second paragraph as being indefinite. The Examiner stated that the scope of meaning of various claim language cited in paragraph 17 is not clear. The Examiner has further noted with respect to paragraph 19 of the Office Action that antecedent basis is not clear with respect to various cited claim language, and in paragraph 21 that as to Claim 8, line 9, the meaning is ambiguous.

With respect to the foregoing, Applicant believes that with the claim language amendments herewith submitted, the grounds for rejecting the claims for the aforesaid reasons stated by the Examiner are no longer present. And according-ly Applicant respectfully requests the Examiner to withdraw rejection of these claims.

In paragraph 18 and 20, with respect to pending claims cited therein, the Examiner has stated that claim language is ambiguous, inquiring whether the layers and sockets recited in the claims are physical or software implemented. The

AT9-88-089                              7

TCORDEL0000097

A29

PATENT
07/304,696

layers and sockets in the context of Applicant's Specifica-
tion may be clearly interpreted by one of ordinary skill in
the art as being software implemented, support for which may
be seen in the excerpt of the "Dictionary of Computing", 8th
edition (March, 1987), copyright 1987, IBM, which has been
submitted herein. The Examiner is respectfully requested to
withdraw rejection of the claims under 35 U.S.C. 112 on the
grounds of ambiguity.

Claims 1-9 were rejected under 35 U.S.C. 103 as being
unpatentable over Chang in view of Barzilai.

The Examiner is requested to note that Applicant has
invented a system and method for automatically routing a
connection between data processing systems in different
network domains. In this manner, an application running on a
data processing system utilizing a network domain such as TCP
can automatically make a connection to another data process-
ing system utilizing a different network domain such as SNA.
The term "domain", with reference to Applicant's specifica-
tion, has a precise meaning as set forth therein on page 4,
lines 20-28.

The Examiner is respectfully requested to note that with
respect to every independent claim now pending, there is a
limitation not only in the preamble but in the body of the
claims themselves which call for first and second data
processing systems in respective different first and second
network domains. The heart of the invention relates to the
routing of data between data processing systems operating in
these differing respective network domains.

Referring first to the Chang '150 reference cited by the
Examiner, the Examiner is first requested to note that Chang
is dealing with a single network domain, e.g. SNA, wherein an
SNA session defines the network path that links two logical

AT9-88-089                          8

PATENT
07/304,696

units which are communicating (column 2, line 21-29). More
particularly, Chang is dealing with the problem of handling a
change in network protocols. He observed at column 2, line
52, as did Applicant in his Specification on page 2, line 18,
that typically the application program must be rewritten to
adjust the changes. Chang went further to note that a
fundamental deficiency in this approach is lack of an inter-
face to an application program for accessing networking
functions so as to facilitate such adaptation to changing
protocols. Chang thus addressed a problem entirely different
from that of Applicant by providing an interface externaliz-
ing the operating system commands, thereby giving an applica-
tion program direct interaction with a network environment
while obviating the need for intimate knowledge of the
network protocols. An application transaction program was
thereby allowed to access the SNA architecture through the
application's use of the operating system calls. Whereas
Chang observed that his application program interface 20 was
applicable to other systems, the application was to other
systems accessing the identical SNA protocol (column 4, lines
54 et seq). Accordingly, Chang in no way taught or even
remotely suggested Applicant's provision for a system for
communicating between multiple data processing systems
operating in respective different network domains as, for
example, more particularly recited with respect to dependent
Claim 2, for example, wherein the first network domain is a
TCP and the second network domain is an SNA. The Examiner
has stated, in correlating the Chang reference to Applicant's
disclosure, that Chang discloses an independent automatic
routing means. Even assuming, arguendo, that this is true,
Applicant is claiming a system and method for automatically
establishing a connection between data processing systems

AT9-88-089                        9

PATENT
07/304,696

each in respective different network domains, thereby
patentably distinguishing over Chang.

The Examiner has cited Barzilai, '369, as teaching
intermediate data processing means in the manner of Applicant
for routing communications between remote processing means
and, more specifically, with reference to Applicant's Claim
4, that Barzilai has disclosed an intermediate processor
acting immediately to send data to a receiving processor.

The Examiner is requested to note that, as with Chang,
the main concern in Barzilai related to data processing
system transmission in a single network domain, e.g. SNA
(column 1, line 57-60). More particularly, whereas Chang was
concerned with an application program interface (API) to this
single SNA protocol, unlike Applicant's as hereinbefore
noted, Barzilai was focusing on the problem of transmission
across this single SNA network. Barzilai observed that
static or fixed session-level pacing between logical units
(LU) in a single structured architecture such as SNA, was a
problem in the prior art in controlling flow of information
in a communications network. This was due to the fact that
packets in a window were fixed at session activation and
could not be adjusted dynamically. Thus his contribution was
to provide an adaptive session pacing mechanism (column 2,
lines 20-30 and lines 51-53), a problem totally foreign to
that being addressed by Applicant. It is clear that
Barzilai, while appreciating adaptation of his invention to
an architecture other than SNA, was not contemplating a
system for communication between data processing systems in
separate and distinct network domains as clearly recited in
Applicant's claims. This may be seen with reference to
column 4, lines 34-38 of Barzilai. Moreover, particularly in
view of the fact that Chang and Barzilai were not only

AT9-88-089                        10

PATENT
07/304,696

addressing different problems but also problems completely
different from Applicant, the Examiner has cited no reason,
as is required, why the teachings of the references would be
obvious to combine.  Neither reference either alone or
combination, teaches or remotely suggests a system for
communicating between multiple data processing systems
operating in separate and distinct network domains nor a
system and method for establishing automatically routed
communication between such systems as clearly and distinctly
claimed by Applicant.  Still further, even assuming for the
moment that Barzilai teaches a means for communication in an
intermediate processing system, as Claim 4 depends from Claim
3 wherein the communicating means includes the limitation of
communication between first and second data processing
systems each having their own network domains, it is submit-
ted that this patentably distinguishes over the references of
record.

In paragraph 30 of the instant Office Action, the
Examiner has stated that it is unclear whether the socket
layer limitation of Claims 5-9 distinguish over Chang inas-
much as it is unclear whether the recited socket is physical
or software-implemented.  The Examiner will note, now that
the Applicant has cleared up the discrepancy, that use of the
term socket has a precise meaning set forth in Applicant's
Specification, page 3, line 26, through page 4, lines 1-9.
The sockets called out in Applicant's claims are implemented
in respective different network domains and accordingly
patentably distinguish over Chang which neither teaches nor
even remotely suggests Applicant's sockets, let alone provi-
sion for automatically establishing or routing communications
between these sockets corresponding to different network
domains.

AT9-88-089                          11

PATENT
07/304,696

For all the foregoing reasons, the Examiner is respect-
fully requested to withdraw rejection of Claims 1-7 & 9 under
35 U.S.C. 103, to allow such claims and to pass this case to
issue.  If the Examiner feels that a telephone conference
with Applicant's attorney would expedite prosecution, he is
requested to contact the attorney at the hereinbelow tele-
phone number.


Respectfully submitted.

G. L. OWENS

BY *Robert M. Carwell*

Robert M. Carwell
Attorney for Applicants
Registration No. 28,499
(512) 823-1017

RMC/bas

AT9-88-089                          12

TCORDEL0000102
A34



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Case Docket No. AT9-88-089
PATENT

In re application of: G. L. Owens

Serial No.: 07/304,696

Filed:    1/31/89

For:    SYSTEM AND METHOD FOR INTERCONNECTING APPLICATIONS ACROSS DIFFERENT NETWORKS
OF DATA PROCESSING SYSTEMS

RECEIVED

THE COMMISSIONER OF PATENTS & TRADEMARKS
Washington, D.C.    20231

"" 0 5 1999

GROUP 230

Sir:

Transmitted herewith is an Amendment in the above-identified Application.

[X]  No additional fee is required.

[ ]  The fee has been calculated as shown below:

| (Col. 1) CLAIMS REMAINING AFTER AMENDMENT | | (Col. 2) HIGHEST NO. PREVIOUSLY PAID FOR | (Col. 3) PRESENT EXTRA | |
|---|---|---|---|---|
| TOTAL | 8 | MINUS ** 20 | = 0 |
| INDEP. | 5 | MINUS *** 6 | = 0 |
| [ ] 1ST PRESENTATION OF MULTIPLE DEP. CLAIM | | | |

| OTHER THAN A SMALL ENTITY | | |
|---|---|---|
| RATE | ADDIT. FEE |
| x 12= | $ 0 |
| x 36= | $ 0 |
| +120= | $ 0 |
| TOTAL | $ 0 |

*    If the entry in col. 1 is less than the entry in col. 2, write "0" in col. 3.
**   If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
***  If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
.    The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in col. 1 of a prior amendment or the number of claims originally filed.

[ ]  Please charge my Deposit Account No. 09-0451 in the amount of $_____.
A duplicate copy of this sheet is enclosed.

[X]  The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. 09-0451 . A duplicate copy of this sheet is enclosed.

[X]  Any additional fees required under 37 CFR §1.16 for the presentation of extra claims.

[X]  Any patent application processing fees under 37 CFR §1.17.

Respectfully submitted,

By _____
Robert M. Carwell
Registration No. 28,499
Intellectual Property Law Dept.
IBM Corporation
11400 Burnet Road - 4054
Austin, Texas 78758    (512) 823-1017

TCORDEL0000103
A35

TAB 4

Response Under 37 CFR 1.116

Expedited Procedure

Examining Group 232

PATENT RECEIVED

FEB 2 4 1992

GROUP 230

#19

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

BOX

Before the Examiner:

G. L. Owens

E. Coleman

Serial No.: 07/304,696

: Group Art Unit: 232

Filed: 1/31/89

: Intellectual Property

Title: SYSTEM AND METHOD FOR

:    Law Department

INTERCONNECTING

: International Business

APPLICATIONS ACROSS

:    Machines Corporation

DIFFERENT NETWORKS OF

: 11400 Burnet Road

DATA PROCESSING SYSTEMS : Austin, Texas  78758

February 14, 1992

CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed to: Box AF, Commissioner of Patents
and Trademarks, Washington, D. C. 20231 on February 14, 1991.

Wayne P. Bailey
Attorney for Applicants, Registration No. 34,289

Signature                        Date  2/14/92

AMENDMENT AFTER FINAL PURSUANT TO 37 CFR 1.116

Honorable Commissioner of Patents and Trademarks

Washington, D. C.  20231

Sir:

In response to the Office Action dated 11/5/91, please
amend the above identified Application as follows:

AT9-88-089                      1

PATENT
07/304,696

IN THE CLAIMS:

1　Claim 1 (Thrice Amended) A system for communicating between a
2　first data processing system in a first network domain
3　and a second data processing system in a second network
4　domain, wherein said first network domain has a network
5　protocol architecture different from said second network
6　domain, said system comprising:

7　at least one communication end point object in a layer
8　of said first data processing system in said first
9　network domain and at least one communication end point
10　object in a layer of said second data processing system
11　in said second network domain;

12　means, independently of an application running on either
13　of said data processing systems, for automatically
14　establishing, in said layer of said first data process-
15　ing system and in said layer of said second data pro-
16　cessing system, a connection between said first process-
17　ing system and said second processing system and com-
18　prising means for mapping protocols between said first
19　and second network domain; and

20　means for communicating over said connection between
21　said first data processing system and said second data
22　processing.

Claim 3 (Four Times Amended). A system for communicating
1　between a first data processing system in a first
2　network domain and a second data processing system in a
3　second network domain, wherein said first network domain
4

AT9-88-089　　　　　　　　2

TCORDEL0000153
A37

PATENT
07/304,696

5    has a network protocol architecture different from said

6    second network domain, said system comprising:

7    at least one communication end point object in a layer

8    of said first data processing system;

9    an intermediate data processing system having at least

10   one communication end point object in a layer of said

11   intermediate data processing system;

12   at least one communication end point object in a layer

13   of said second data processing system;

14   means, in said intermediate data processing system, for

15   establishing automatically routed connections in said

16   layer of said first data processing system, said layer

17   of said second data processing system and said interme-

18   diate data processing system and comprising means for

19   mapping protocols between said first and second network

20   domain, said first and second processing systems each

21   including means for executing respective application

22   programs; and

23   means for communicating through said automatically

24   routed connections between said first data processing

25   system in said first network domain and said second data

26   processing system in said second network domain.

1    Claim 6 (Thrice Amended).    A system for communicating

2    between a first data processing system in a first

3    network domain and a second data processing system in a

AT9-88-089                    3

PATENT
07/304,696

4    second network domain, wherein said first network domain
5    has a network protocol architecture different from said
6    second network domain, said system comprising:

7    at least one socket in a socket layer of said first data
8    processing system in said first network domain;

9    at least one socket in a socket layer of said second
10   data processing system in said second network domain;

11   means, independently of an application running on either
12   of said data processing systems, for establishing in
13   said socket layer of said first data processing system
14   and in said socket layer of said second data processing
15   system an automatically routed socket connection between
16   said first data processing system and said second data
17   processing system and comprising means for mapping
18   addresses between said first and second network domain;
19   and

20   means for communicating through said socket connection
21   between said first data processing system and said
22   second data processing system.

1    Claim 7 (Thrice Amended). A method for communicating between
2    a first data processing system in a first network domain
3    having a socket and a second data processing system in a
4    second network domain, wherein said first network domain
5    has a network protocol architecture different from said
6    second network domain, said method comprising:

AT9-88-089                    4

TCORDEL0000155
A39

PATENT
07/304,696

7    establishing, by said first data processing system, a

8    socket in said second data processing system in said

9    second network domain; and

10    invoking a routing facility to automatically establish a

11    socket connection between said socket in said first data

12    processing system and said socket in said second data

13    processing system when said socket in said second data

14    processing system is established and comprising means

15    for mapping protocols between said first and second

16    network domain;

17    communicating over said socket connection between said

18    socket in said first data processing system in said

19    first domain and said socket in said second data pro-

20    cessing in said second domain; and

21    executing an application program on each of said first

22    and second processing systems.

1    Claim 8 (Four Times Amended). An operating system for use

2    with a plurality of data processing systems for communi-

3    cating between a first data processing system in a first

4    network domain and a second data processing system in a

5    second network domain, wherein said first network domain

6    has a network protocol architecture different from said

7    second network domain, said operating system comprising:

8    at least one socket in a socket layer of said first data

9    processing system in said first network domain;

AT9-88-089         5

PATENT
07/304,696

10          at least one socket in a socket layer of said second

11          data processing system in said second network domain;

12          means, independently of an application running on either

13          of said data processing systems, for automatically

14          routing, in said socket layer of said first data pro-

15          cessing system and in said socket layer of said second

16          data processing system, a socket connection between said

17          first data processing system and said second data

18          processing system <u>and comprising means for mapping</u>

19          <u>addresses between said first and second network domain</u>;

20          means for establishing said socket connection; and

21          means for communicating through said socket connection

22          between said first data processing system and said

23          second data processing system, wherein said data first

24          and second processing systems each include means for

25          executing respective application programs.

## Remarks

Applicants wish to thank the Examiner for the telephone
interview on January 29, 1992.  Although no agreement was
reached, Applicants now better understand the Examiner's
position and present this amendment in response thereto.

Claim 1-7 and 9 are pending in this application, and
stand finally rejected pursuant to the Examiner's Office
Action dated 11/5/91.  The Examiner is requested to reconsid-
er, and withdraw, the final rejection of these Claims 1-7 and
9 based on the following comments.

AT9-88-089                     6

PATENT
07/304,696

Claims 1, 3-7 and 9 were rejected by the Examiner under 35 U.S.C. 102 as being anticipated by Bishop ('877). The Examiner states that Bishop shows communication endpoints in a layers of first and second DP systems, automatic routing means, means for communicating over the routed connection, an intermediate DP system with an endpoint in a layer, means for establishing a socket means in a second DP system, and means and method for executing an application program in first and second processing systems.

In the most recent Office Action, the Examiner further states in paragraph 23 that Bishop teaches communication of messages across domains in a network environment of computers where each domain comprises a differing DP system processing different processes. Applicants traverse this assertion as follows.

Bishop fails to disclose communications between *differing network domains*. As defined in Applicants' Specification, page 1, lines 26-30, network domains mean network protocol architectures. Bishop teaches a *single* application program running by using a plurality of processors. Applicants, on the other hand, are claiming a means and method for allowing *multiple* application programs to communicate with each other over a *cross-domain* network configuration. This is not taught by Bishop, and thus the rejected claims based on this asserted teaching of Bishop was erroneous. Claims 1, 3-7 and 9 include the limitation of connecting data processing systems in differing network domains. This limitation is not described or suggested by Bishop. Rather, Bishop only supports a single domain connection between multiple processors. Differing network protocol architectures are not taught or supported by Bishop.

AT9-88-089                                    7

PATENT
07/304,696

After discussion with the Examiner in a telephonic interview, the Examiner stated that the term 'domain' was being given its broad meaning as defined in the dictionary, and not the more limited definition as defined in Applicants' specification. Claims 1, 3-7 and 9 have been amended to clearly show that 'domain' is intended to mean network protocol architecture, as defined in the Specification. This amendment does not result in any new search being required, as the limitations of Claim 2 (which has been previously searched by the Examiner) explicitly recite this limitation for particular protocols. Further, this amendment was not previously possible as Applicants are allowed to be their own lexicographer, and the limitation included in the amended claim preamble had previously been defined in the Specification, and subsequent amendments expressly stated that this definition was what was intended by Applicants when interpreting the claims. Thus, the Examiner is requested to enter this amendment to the claims. Applicants have further amended Claims 1, 3-7 and 9 to breath life and meaning to this preamble modification, and these amended claims clearly recite the requisite mapping which is done for dissimilar domains to achieve the claimed cross domain connection. (Specification support at page 18, line 22 through page 22, line 34).

Further, it would not be obvious to modify Bishop to support cross domain connections, as the entire Bishop scheme is based on process tables with appropriate pointer entries (see Bishop Fig. 4) which are similarly used in nodes being interconnected via virtual channel (Bishop, Col. 9, lines 2-10 and Col. 10, lines 16-35). The duplication of some entries and not others between processes allows for kernel determination of whether it is executing a stub or user

AT9-88-089                          8

PATENT
07/304,696

process (Bishop, Col. 10, lines 31-35). If differing domains were being interconnected in Bishop, these tables would have to be specific to the particular domain being interconnected and the Bishop process determination methods would thus become inoperable. This resultant Bishop system would then fail, as no mechanism would exist for a kernel to know how it fit into the overall system and workload parsing. This failure of system operability strongly evidences non-obviousness.

The Examiner also states in paragraph 22 that Bishop teaches that stub processes route packets between processes using an intermediate DP system; and that Bishop teaches means for executing plural programs. To substantiate this statement, the Examiner points to Bishop Col. 5, lines 38-47). This passage fails to disclose the above listed limitations of independent Claim 3, however. Rather, the Bishop passage discusses sending status messages to multiple processors when a process is to be moved from one processor to another processor. It does not disclose 'means for establishing automatically routed connections', as claimed by Applicants. The connections in Bishop are fixed, with no teaching of automatically routing *connections*.

In the telephonic interview, the Examiner reiterated that the cited passage was being read to include rerouting by an intermediate processor, because of the Bishop statement that

> "The kernel of other computers will now direct any signals for olduser process 109 to newuser process 111."

The Examiner's position appears to be that signals could be interpreted to include communication messages generated from

AT9-88-089                        9

TCORDEL0000160
A44

PATENT
07/304,696

yet a third computer.  Thus, this third computer would
generate a communication signal to the kernel (in a second
computer), and this kernel would direct the signal to newuser
process (in a first computer).  Applicants stated that the
kernel is only receiving signals which were generated for
processes *internal* to the particular computer which the
kernel was executing upon, and thus no intermediate routing
was occurring, as the Bishop kernel is only directing inter-
nally generated signals.  To substantiate this assertion,
Applicants have attached, in Attachment A, a section from the
book entitled 'UNIX Time-Sharing System: UNIX Programmer's
Manual', by Holt, Rinehart and Winston of Bell Telephone
Laboratories, 1983.  Applicants have also attached, in
Attachment B, Chapter 8 of a book entitled 'The UNIX Operat-
ing System Book" by Banahan and Rutter, 1983.  These articles
will now be discussed in detail to show that the use of the
term 'signal' by Bishop has a very specific meaning in
Bishop's UNIX operating environment context, and that the
interpretation being given by the Examiner is inconsistent
with this meaning.

     Referring specifically to Attachment A, it is seen that
UNIX signals are generated by some abnormal event, and that
normally all signals cause termination of the receiving
process.  This is inconsistent with the interpretation given
by the Examiner, where a signal from one processor is re-
ceived by a kernel in another processor and rerouted to yet a
third processor.  This is so for two reasons.  First,
interprocessor communication alleged by the Examiner could
not be construed to be an abnormal event.  Secondly,
interprocessor communications would fail if the signal caused
the receiving process to terminate.  Notwithstanding this
clear distinction, Applicants wish to further direct the

AT9-88-089                    10

TCORDEL0000161
A45

PATENT
07/304,696

Examiner's attention to Bishop, Col. 5, lines 48-53. Here is described that the newuser process must *itself* retrieve any signals which were received by olduser process prior to other computers being notified that the extended process had migrated to computer 104 of Fig. 3. This is further proof that automatic intermediate processor rerouting is not occurring in Bishop, as the receiving processor must manually retrieve messages sent to the alleged intermediate processor. Once the sending processors have been notified of the change in user process location, the sending processors route messages directly to the new user process.

Further, Attachment B, describes the interaction between processes and the kernel in a UNIX environment. Besides containing a general description of how processes interact with a system kernel, pages 116-117 further substantiates that signals are abnormal conditions in UNIX which generally result in process termination. The description of process/kernel interaction is also enlightening in understanding the teachings of Bishop.

Bishop teaches the ability to extend a process over a number of computers (Col. 4, lines 17-18 and Figure 1). The extended process is a collection of individual special processes running on separate computers. These special processes are also referred to as the primary/user process and auxiliary/stub processes. In referring to Figure 3 of Bishop, the primary/user process is located in computer 104, with auxiliary/stub processes existing in computers 101 and 103. Bishop explicitly states that stub processes do not communicate with each other, and that *all communication* from other processes within the system illustrated in Figure 1 are directed to the user process (Bishop, Col. 8, lines 65-68). The user process is in control of the system, and sends

AT9-88-089                    11

TCORDEL0000162
A46

PATENT
07/304,696

various messages to the auxiliary processes. There is no
teaching or suggestion of interprocess communication between
auxiliary processes. Further, there is no teaching or
suggestion of automatically routing connections in an inter-
mediate data processing system.

Finally, it should be noted that the Bishop system
merely provides for a *single process* to be extended across a
plurality of computers (Bishop, Col. 4 lines 31-42 and
51-55). Applicants are claiming in Claims 3-5 and 9 that
respective application programs are running in the first and
second data processing systems. This is not taught by
Bishop.

As all the claimed limitations of amended Claims 1, 3,
6, 9, and dependants thereof, are not taught or suggested by
Bishop, the rejection of Claims 1, 3-7 and 9 should be
withdrawn.

The Examiner next rejected Claim 2 under 35 U.S.C. 103
as being unpatentable over Bishop in view of McKay. The
Examiner relies on the earlier described grounds for reject-
ing Claims 1, 3-7 and 9, and further adds that McKay taught
the use of network protocols SNA and FEP in the automatic
establishment of connections between DP system as shown at
col. 10, line 29. Applicants traverse this rejection as
follows.

First, as Claim 2 contains all the limitations of Claim
1, which has been shown above to be patentable, this depen-
dent Claim 2 is similarly patentable in view of the combina-
tion of references.

Further, the McKay reference was improperly combined
with the Bishop reference. In establishing a prima facie
case of obviousness, the Examiner must present a rationale or
reason why the artisan would have been led to do that which

AT9-88-089                          12

PATENT
07/304,696

the claims specify as the invention. The reason must stem
from something suggested by the prior art or from demonstrat-
ed common knowledge of the artisan, or both, and not from the
inventor's disclosure. See Uniroyal, Inc. v. Rudkin-Wiley
Corp., 837 F.2d 1044, 5 USPQ2d 1434 (Fed. Cir. 1988); Ashland
Oil, Inc. v. Delta Resins & Refactories, Inc., 776 F.2d 281,
227 USPQ 657 (Fed. Cir. 1985) and In re Sernaker, 702 F.2d
989, 217 USPQ 1 (Fed. Cir. 1983).

It is insufficient that the prior art disclosed the
components of the patented device, either separately or used
in other combinations; there must be some teaching, sugges-
tion, or incentive to make the combination made by the
inventor, Interconnect Planning Corp. v. Feil, 227 USPQ 543,
551 (Fed. Cir. 1985). The mere fact that the prior art could
be so modified would not have made the the modification
obvious unless the prior art suggested the desirability of
the modification, In re Laskowski, 10 USPQ 2d 1397 (Fed. Cir.
1989).

The motivation asserted by the Examiner to combine such
references is that it would be obvious to a person of ordi-
nary skill in the art to combine these references as they
were both directed toward a common problem of providing
efficient automatic establishment of connections between DP
system for providing efficient communication therebetween.
The mere fact that a references are directed to solving a
general problem of DP communications is insufficient, in and
of itself, to justify a proper combination of references.

It should also be noted that the two systems are archi-
tecturally distinct, having differing requirements, implemen-
tations, and system tradeoffs. A person of ordinary skill in
the art could not merely dissect a single function from one
architecture and insert it into a dissimilar architecture.

AT9-88-089                    13

TCORDEL0000164

A48

PATENT
07/304,696

Claim 2 has thus been improperly rejected under 35 U.S.C.
103. Specifically, the Bishop teaching requires that the
same operating system be running on each interconnected
computer. The ability to extend a Bishop process across
multiple computers requires this, based on the detailed
Bishop implementation of replicating operating system control
blocks across each computer. The Bishop system is
tightly-coupled, using a common bus for computer interconnec-
tion (see Bishop Fig. 1). The McKay system does not teach
how to modify multiple, tightly coupled computers. McKay's
design is a loosely-coupled computer environment which allows
dissimilar terminals to attach to a host via an incompatible
intermediate network. The terminals do not have an operating
system, much less one that is identical to the host computer
which has been modified as taught by Bishop. A person of
ordinary skill in the art would not be motivated to combine
two such dissimilar systems.

Based on the above, the Examiner is requested to recon-
sider the final rejection of the Claims 1-7 and 9, withdraw
same, and pass these claims to issue as all basis for rejec-
tion have been successfully traversed.

Applicants further request that the Examiner acknowledge
the review of prior art submitted by a Applicants in a
Supplemental IDS dated August 5, 1991, as no document has
been received by Applicants indicating such review.

Respectfully submitted,

G. L. OWENS

BY _____
Wayne P. Bailey
Attorney for Applicants
Registration No. 34,289
(512) 823-1012

AT9-88-089                          14

TCORDEL0000165
A49

TAB 5

07 304696    mB16211795b



MAIL ROOM
JAN
**31**
1989
47
PAT. & TRADEMARK OFF.

# APPLICATION

# FOR

# UNITED STATES LETTERS PATENT

INTERNATIONAL BUSINESS MACHINES CORPORATION

TCORDEL0000036
A50

AT9-88-089

28

SN07/304,696

## Abstract of the Disclosure

The system and method of this invention automatically routes a connection between data processing systems in different network domains. As an example, an application running on a data processing system utilizing a network domain such as TCP (Transmission Control Protocol), can automatically make a connection to another data processing system utilizing a different network domain such as SNA (Systems Network Architecture). The connection is automatically performed in the layer containing the communication end point objects. In a preferred embodiment, the connection is automatically performed in the socket layer of the AIX operating system, or in the socket layer of other operating systems based upon the Berkeley version of the UNIX operating system.

AT9-88-089

Ⅱ 304696



1

Description

A SYSTEM AND METHOD FOR INTERCONNECTING APPLICATIONS
ACROSS DIFFERENT NETWORKS OF DATA PROCESSING SYSTEMS

A portion of the disclosure of this patent
document contains material which is subject to copy-
right protection.  The copyright owner has no objec-
tion to the facsimile reproduction by anyone of the
10   patent document or the patent disclosure, as it
appears in the Patent and Trademark Office patent file
or records, but otherwise reserves all copyright
rights whatsoever.

Background of the Invention

Field of the Invention

This invention relates to a network of data
processing systems, and more specifically to the
20   interconnection of a plurality of data processing
systems between different network protocol domains,
such as the different network protocol domains of SNA
and TCP/IP.

Description of the Related Art

A system having multiple domains has at least one
data processing system that is interconnected to at
least two different data processing systems through at
least two different network domains, i.e. network
30   protocol architectures.  A problem with multiple
domains is the difficulty in allowing communication
between machines which are connected to another type
of network.  For example, a data processing system
utilizing SNA LU 6.2 as its network protocol can not
35   automatically communicate with another data processing

2

AT9-88-089

2

system utilizing TCP/IP as its network protocol. Both
SNA LU 6.2 and TCP/IP are examples of stream protocols
where data flows as a stream of indeterminate lengths,
and the bytes are delivered in the correct order. The
5    problem is routing a stream of bytes from a data
processing system that utilizes a reasonably equiva-
lent protocol, such as a stream protocol, to another
data processing system that also utilizes a reasonable
equivalent protocol, such as the stream protocol of
10   this example, but wherein the two protocols are not
the exact same protocol, such as SNA LU 6.2 and
TCP/IP.

It is known to solve the above problem at the
application program level. An application program
15   which is running on a data processing system at one
end of the connection may be designed to utilize a
specific network protocol. In this case, it is known
to modify the application in order to reimplement the
application to work over another protocol. This
20   requires changing the source program code of the
original application by some amount. Depending upon
how the application program was originally designed,
this may require a substantial amount of changes to
the program code.

25   It is also known to solve the above problem by
implementing the same protocol on both machines. For
example, in order to use an SNA transaction applica-
tion running in an SNA network, to apply transactions
against data processing systems utilizing a TCP
30   network, one could reimplement that transaction
application against TCP by then putting TCP on the
client data processing system, put IP over SNA, and
gateway between the two. The client data processing
system can then be implemented utilizing TCP/IP. The
35   problem with this approach is having to reimplement

3

AT9-88-089

3

the application to utilize the different protocol at
one end of the network or the other.  This is espe-
cially burdensome if the application is large and
complex.

5       There are some application level protocols that
handshake back and forth over SNA, e.g. 3270 SNA.
These have their own data format with meta-data in the
data stream.  There are other application level
protocols, such as Telnet over TCP, that talk back and
10   forth that have meta-data and data in the data stream.
However, one can not get these two to talk together
since these two have different data and meta-data in
their data streams.

       If an application utilized one protocol, and that
15   application were to run on a data processing having a
different protocol, knowing the data stream format,
one could write the client half of the application on
the data processing system utilizing the other proto-
col.

20       Therefore, in order to extend network connectivi-
ty, it is known to reimplement the application to
utilize the different protocol, put one protocol on
top of the other, and gateway between the two.  It is
also known to build a larger network utilizing each
25   type of protocol through replication and duplication.

       The term "sockets" is an application program
interface (API) that was developed for the Berkeley
version of AT&T's UNIX[1] operating system for intercon-
necting applications running on data processing
30   systems in a network.  The term socket is used to



---

[1]UNIX is licensed and developed by AT&T.  UNIX is
a registered trademark of AT&T in the U.S.A. and other
35   countries.

AT9-88-089

4

define an object that identifies a communication end
point in a network.  A socket can be connected to
other sockets.  Data can go into a socket via the
underlying protocol of the socket, and be directed to
5   appear at another socket. A socket hides the protocol
of the network architecture beneath a lower layer.
This lower layer may be a stream connection model
(virtual circuit), or a datagram model (packet), or
another model.
10       A stream connection model refers to a data
transmission in which the bytes of data are not
separated by any record or marker.  A virtual circuit
implies that there appears to be one communications
end point connected to one other communications
15   endpoint.  When the connection is established, only
those two end points can communicate with each other.
    Sockets are typed by domain (address family or
network type), and model type (stream, datagram,
etc.).  If needed, the socket can be further specified
20   by protocol type or subtype.  The domain specifies the
addressing concept utilized.  For example, there is an
internet IP domain, and also a SNA domain for networks
utilizing TCP and SNA, respectively.  As used herein,
the word "domain" is used to refer to the address
25   family of a socket, and not to a domain-naming domain.
A domain-naming domain is a concept of a related group
of hierarchical addresses, wherein each part of the
address is separated by a delimiter, such as a period.
    Since a socket is specified by the domain,
30   sockets do not allow cross domain connections.  This
means that if an application program creates a socket
in the Internet (Darpa) domain, it can only connect to
sockets in that same domain.  Note: "Darpa" is used to
specify that Internet, short for internetworking, is
35   not only used herein both to generically specify the

5

TCORDEL0000041

AT9-88-089

5

internet layer of a particular protocol family which
contains means for forwarding, routing control, and
congestion control, etc., but also as a name for a
particular implementation of an internet called the
5    Internet or the Darpa Internet, or the Arpa Internet.
Another name for this internet layer is the Internet
Protocol (IP). TCP/IP is also commonly used to refer
to this protocol.

Originally, the requirement that a socket can
10   only connect to sockets in the same domain was a
reasonable restriction. This simplified the program
code when there was only one really useful domain
anyway. With the advent of the usage of other domains
(specifically SNA), cross domain connections have
15   become desirable. For example, cross domain connec-
tions would allow mailers to transport mail among
domains. Also, cross domain connections would allow
programs to communicate using the existing communica-
tion networks.

20   **Summary of the Invention**

CLU|C
P

It is therefore an object of this invention to
automatically route connections between data process-
25   ing systems that utilize different protocols, indepen-
dently of said applications running on said data
processing systems.

It is a further object of this invention to
route, at the socket level, between two networks when
30   a cross-domain connection attempt is detected.

It is a further object of this invention to
facilitate the interconnection between data processing
systems by allowing socket based applications to
easily span across different networks.

35

AT9-88-089

6

It is a further object of this invention to communicate between data processing systems in which one of the data processing systems utilizes TCP/IP and the other data processing system utilizes SNA.

5      It is a further object of this invention to communicate between two data processing systems via a third data processing system utilized as a TCP to SNA gateway.

It is a further object of this invention to

10    communicate through a connection between two data processing systems both utilizing TCP on each of their local Internets, by bridging the network connection with a long haul SNA connection.

15    The system and method of this invention automatically routes a connection between data processing systems, independently of an application running on the data processing systems, having different network domains. The preferred embodiment describes the cross

20    domain interconnections with reference to the different network domains of TCP (transmission control protocol) and SNA (systems network architecture).

The routing is automatically performed at a layer which contains the communication end point objects.

25    In the AIX[2] operating system, and other operating systems based upon the Berkeley version of the UNIX operating system, this layer is called the socket layer.

An intermediate processing system is utilized to

30    gateway between a processing system utilizing a network domain such as TCP, and another processing system utilizing a different network domain such as

_____

[2]Trademark of IBM Corporation

AT9-88-089

7

SNA.  Alternatively, the client data processing system
can be implemented utilizing TCP/IP which can then be
gatewayed through socket routing on the same machine
into an SNA data stream without an intermediate
5     processing system performing the socket routing.

      In any event, the socket layer which performs the
socket routing contains facilities to automatically
route a connection across different domains.

      In the client processing system which is attempt-
10    ing to create a connection, a socket is created in a
particular domain.  If the socket is in a different
domain, the socket does not fail if the socket routing
facility of this invention is implemented.  The
**connect** function is modified to catch the attempts at
15    a cross domain connection.  If a **connect** function is
attempted on a socket in a different domain, then the
socket routing facility of this invention is invoked.

      Alternatively, a **connectto** function can be
implemented which takes the place of and combines the
20    functions of the **socket** function and the **connect**
function.  With the **connectto** function, a socket is
not created until the route is known.  This alleviates
the unnecessary work of creating a socket which may
fail, and then performing actions as a result of the
25    failed socket.  The **connectto** function determines how
a connection can be made, and then creates a socket in
the domain that is needed to establish the determined
connection.

      Through either of the above approaches, a connec-
30    tion to a socket in a different domain can be made
through an intermediate socket.  When data arrives
from one end of the connection to the intermediate
socket, the intermediate socket immediately sends the
data to the other end of the connection instead of
35



TCORDEL0000044

AT9-88-089

8

queuing the data for process intervention at the
intermediate processing system.

In addition, if the intermediate socket is
queried for the address of the other end of the
5  connection, the intermediate socket identifies the
connecting host as opposed to the intermediate host.
In this way, the socket routing facility of the
intermediate host is transparent to the hosts at each
end of the connection.

10

DR CL u/C
P

Brief Description of the Drawing

Fig. 1 is a diagram showing a connection from a
process AA on host A to a process CC on host C.
Socket routing is utilized to cross the boundary
15  between the networks of type A and type C at host B.
Fig. 2 is a flow diagram showing the operational
scenario of Fig. 1 using explicit and implicit rout-
ing.
Fig. 3 is a flow diagram showing the modified steps in
20  performing a **connect ()** function to a destination.
Fig. 4 is a flow diagram showing the steps of creating
a socket if the host does not have a socket in the
specified domain.
Fig. 5 is a flow diagram showing the steps performed
25  at host B.
Fig. 6 is a flow diagram showing the steps of a
**connect to ()** function.
Fig. 7 is a more detailed diagram of the socket
routing facility of this invention.

30

DE CL u/C
P

Description of the Preferred Embodiment

The following description describes an architec-
ture for routing virtual circuits based on sockets.
Although this implies stream sockets, the invention is
35  not limited to stream protocols or to sockets.  The

AT9-88-089

9

concepts of this invention could be applied to similar
communication end points that are utilized within
other operating systems.

5      Referring to Fig. 1, a process AA, 10, in a data
processing system 11, host A, desires to connect its
socket facilities 12 to the process CC, 40, in a data
processing system 41, host C.  The data processing
system 11 is shown as only supporting a particular
domain of sockets AF_A, 13, such as TCP, and data
10     processing system 41 is shown as only supporting
sockets that exist in the domain having address family
C, 43.  Since the naming conventions and the underly-
ing transport mechanisms are different between address
family A, 13, and address family C, 43, no intercon-
15     nection can take place without an intermediate facili-
ty.  The intermediate facility is the socket routing
facility 70 in socket layer 32, which exists in data
processing system 31, shown as host B.

       To describe the initiation of a connection, the
20     process AA, 10, in the data processing system 11, will
activate a connection through the sockets programming
interface to the general socket code, 12, which in
turn goes through the address family specific socket
code for AF_A, 13.  The necessary data and control
25     information will be handled by the interface and
physical access layers, 14.  The data will then go out
on the network 50 and end up going into data process-
ing system 31, shown as host B, via the interface
layer 34, and then through the code for address family
30     A, shown as AF_A, 36.

       For comparison, data processing system 21, shown
as host D, shows existing internet routing within a
single address family, the address family A, AF_A, 23.
It should be noted that the cross connection occurs
35     within the address family A, 23.  Almost any TCP/IP

10

AT9-88-089

10

implementation can route within its own address
family.  Likewise, SNA has similar gateway and for-
warding capabilities.  The cross over as shown in data
processing system 21 is independent of the model type
5   of either stream or datagram.  It is only dependent
upon being within the same network domain.

In data processing system 31, the connection
request packets will go through the interface layer
code 34 to the address family A code, AF_A, 36,
10   through the general socket layer 32, and into the
socket routing code 70.  The socket routing code
facility 70, is where the address mapping and cross
connection takes place.  The cross connection arrows
37 are shown drawn in the socket routing layer 70 of
15   data processing system 31, as opposed to the cross
connection arrows 27 which are shown in the address
family code 23 of data processing system 21.

A connection request generated in the socket
routing code 70 of data processing system 31 will then
20   go down through the address family C code, AF_C, 33,
and through the interface layer code 35 for the other
network 60, such as SNA.  The connection request
packets go across the network 60 to the interface
layer code 44, up to the address family C code, AF_C,
25   43, continuing through the general socket interface
layer code 42 where the connection is registered.
Then the process CC, 40, can respond to the connection
request in order to establish the connection between
cross domain networks.

30   Figure 7 shows item 70 of Figure 1 in greater
detail.  Item 701 is the programs and data for con-
trolling the socket routing facility.  A connection
request to establish socket routing will come in on
the sockets for this service, items 704, and 705.  The
35   routing agent software, item 703, will accept the

AT9-88-089

11

|4|  connection, which creates a data socket, items 709 -
714.  The route request message will come in on that
data socket, and the routing agent, 703, will consult
its route database, 702, to see if a route is possi-
5   ble.  If a route is possible, the routing agent, 703,
will consult its route database, 702, on how to
establish the route.  Then, the routing agent creates
a matching data socket (item 710 for item 709, etc.),
and connects to the next hop.  When the routing agent
10  software receives any replies for further route hops,
it forwards them back to the socket routing requestor
via the accepted data socket.  When all hops are made,
the socket routing agent will create a data transfer
|4|  agent, items 706 - 708, that joins the pairs of data
15  sockets, and forwards data from one to the other and
vice versa.
        The above scenario is further described in the
following programming design language code.  The
following includes examples and uses programs and
20  function names to describe the operational scenario of
Fig. 1.  The following operational scenario assumes a
telnet (or similar program) connected to a remote
processing system that is separated by at least one
domain boundary.  The following uses three machines:
H |4|25  "host_A" is connected to "host_B" via TCP, and
H |3   "host_B" is connected to "host_C" via SNA.

        */from application view/*
        user on host_A says "telnet host_C"
30      telnet does a gethostbyname for "host_C"
        telnet tries to create a socket for domain of "host_C"
TO12.0X         - it fails.
        telnet does a getservbyname for sockroute
             - it finds (the only) sockroute available in TCP
35      , domain

AT9-88-089

· 12

telnet invokes sockroute function to get which domain
        to initiate the connection in (or to get a route
        to host_C)
since telnet knows it is now using socket routing it
5        uses the (initial domain and routelist) to
        1.  create a socket in its initial domain. (TCP)
        2.  connects to sockaddr of "host_C" telnetd
            -or "connectto routelist telnetd"
when socket connect succeeds, proceed as any
10        SOCK_STREAM app would

        - alternatively ( with connectto() as "full function")
user on host_A says "telnet host_C"
telnet does a gethostbyname (or getaddrbyname) for
15        "host_C" - to see if it exists and to get
        host_C's address
telnet does a "connectto ( host_C:telnetd,
        SOCK_STREAM) - which gets a connected socket.

20                COPYRIGHT IBM CORPORATION 1988

        The above program design language code is further
explained with reference to Figures 2 - 4.  The term
"telnet" is a remote terminal emulator having the
argument "host_C".  This invokes the terminal emulator
to a remote host, which in this case is "host C", step
201, Fig. 2.  "Gethostbyname" is a function call of
the telnet program which gets the addressing informa-
tion for host C, step 203, Fig. 2.  The addressing
30        information for host C will include a domain and an
address within the domain.
        At this point, the routing can be performed
either explicitly or implicitly.  Explicit action
would involve the user code invoking a router func-
35        tion, if the initial attempt to create a socket fails.

TCORDEL0000049
A63

AT9-88-089

13

Implicit action would simply be doing a connectto ()
on the destination address.  In explicit routing, the
advantage is explicit control by the application.  The
disadvantages are lack of centralized control, and
5   more complicated user code.  In implicit routing, the
advantages and disadvantages are just the opposite of
those stated above.  In implicit routing, the advan-
tages are more centralized control, and less compli-
cated user code.  In implicit routing, the disadvan-
10   tage is that the application does not have direct
control.

With explicit routing, Telnet tries to create a
socket within that domain, step 204.  If the host does
not have sockets of that domain, step 205, the socket
15   creation will fail, step 211.  At this point, the
application, Telnet, invokes a router function, step
213 Fig. 4, if the socket attempt failed, step 211.
If the host does have sockets within this domain, the
socket attempt will succeed, step 206.  If the socket
20   attempt succeeds, the application does a connect (),
step 215.  The connect () is further shown with
reference to Fig. 3.  If the connect () succeeds, step
217, Fig. 2, the communication between the two pro-
cesses proceeds as is typically known in the art, step
25   207.

If a connect in the same socket domain failed,
then (possibly with a socket option set) the socket
routing would be invoked.  This provides implicit
routing, Fig. 3, even in the case of a connection
30   between two domains of the same type, using an inter-
mediate domain of different type.

As shown in Fig. 3. modifying the function
connect () enables the connect () to catch those
situations in which socket routing is needed to
35   gateway between two like domains using unlike domains.

14

AT9-88-089

14

If a normal connection, step 301, fails, step 303, and
the failure is due to the destination network being
unreachable, step 307, then an attempt at implicit
routing will be made. This begins with step 311 where
5    a socket route is sought for the destination. If no
route is found, then an error is reported, step 315.
If a route is found, a connection is made to the
socket routing service at the first hop, step 317.
Then, a route request is sent, step 319, and the route
10   request replies are received, step 321, until all the
hops are connected, step 323. At this time, a connect
up request is sent to tell all of the routers to set
up the line for data transmission, step 325. After
the connect up reply is received, step 327, the peer
15   address of the destination is set for the local
socket, step 329, and an indication of success is
returned to the invoker of this connect, step 331.
        Referring back to Fig. 2, a connectto function
can be added to the generic socket layer code to
20   implement implicit routing from an application level,
step 221, Fig. 2. The connectto function is called
instead of a socket function and a connect function.
The function of the socket system call and the func-
tion of the connect are combined into the connectto
25   function. The advantage of this is that the connectto
function can handle more addressing issues. Also the
connectto function does not need to create a socket in
the kernel, which may fail, and then have to act upon
the failed socket.
30       The socket parameters of the connectto function
would include the type and the protocol. Since the
previous connect call has arguments for the host name,
the connectto function would take the name of the host
in a more portable form, such as the name of the host
35

AT9-88-089

15

in a text stream, whereas, **connect** takes the name of
the host in a socket structure.

    Referring to Fig. 6, the **connectto()** function is
further described. If **connectto()** is implemented so
5    that it takes a host name as an argument, then it gets
the destination address, step 601. Using this ad-
dress, the function checks the route table for the
destination, step 603. If no route is found, step
605, then an error is returned, step 607. If the
10    destination is in the same domain, and no unlike
domains are required for gateways, step 609, then a
socket is created in the same domain, step 611. A
normal connection is established to the destination,
step, 612. The route for communication is then
15    established, step 613.

    If the destination is not the same domain or
unlike domains are required for gateways, step 609,
then a socket is created in the domain of the first
hop, step 615. A connection to the socket routing
20    service at the first hop is then established, step
617. A route request is sent, step 619, and a reply
to the request is received, step 621, until all hops
are connected, step 623. After this, a connect up
request is sent, step 625, and its reply is received,
25    step 627. The peername of the destination is set for
the local socket, step 629. The route is now avail-
able for normal communications, step 613.

    With the following modifications, referred to as
socket routing, the creation of a socket can continue,
30    step 213, as shown in Fig. 4, when the host does not
have a socket in the specified domain, step 205, Fig.
2. The modifications take place at the client side,
host_A. Host_C is referred to as the server.

    The telnet application performs a "getservbyname"
35    function for the socket routing service, step 401,



TCORDEL0000052
A66

AT9-88-089

16

Fig. 4. If, for example, the host only has sockets in
the TCP domain, telnet will find the only socket route
available in the TCP domain, step 403. Next, telnet
uses the sockroute function, step 405, to determine

5    the route and what domain of socket to create, step
406. Then, the socket is created for the initial hop
of the route, step 412, and then the connection would
be set up, step 413. At this point, the application
can talk to the host as it otherwise would have with

10   any other socket stream, and in this case, using the
telnet data stream, step 414.

     Assuming the route initialization is done by a
daemon or library function on host_A (and not kernel
code), then host_A's socket code doesn't really have

15   much to do with socket routing. Basically, if socket
routing is performed outside of the operating system
kernel on host_A, then no changes to host_A's socket
code need to be made.

     The following programming design language code,

20   and the following description with reference to Figure
5 describes what happens on host_B.

     */ on host_B /*
sockroute daemon receive connection from host_A
          (asking for connection to host_C)

25   sockroute daemon consults route table -or route list
          provided with connection request.
sockroute daemon decides to connectto to host_C via
SNA socket
          (since it is last hop, it doesn't need to connect

30           to a sockroute daemon on host_C)
when connection completes, host_B sockroute daemon
          1.  sends response back to socket routing on
              host_A
          2.  cross connects the TCP and SNA sockets on

35               host_B

AT9-88-089

17

when routing on host_A receives response, it pulls out
of the way, leaving telnet connected all the way to
host_C

COPYRIGHT IBM CORPORATION 1988

Essentially, the above code describes the scenar-
io in which a service waits around for a connection.
With reference to Fig. 5, the sockroute daemon, which
runs on host_B, receives connections from other
processes requesting its services, step 501.  The
sockroute daemon is analogous to a telephone operator
who is requested to make a connection to another
person from a caller.  The requesting process, caller,
supplies the sockroute daemon, operator, with the
necessary connection information in order to make the
connection, step 503.  Once the sockroute daemon makes
the connection, the sockroute daemon leaves the
connection.  If this connection leads to the final
destination, step 505, no other sockroute daemons on a
next host need to be called, and the sockroute daemon
connects to the final host destination via a SNA
socket, step 507.  However, it is possible to have
multiple sockroute daemons, operators, that are needed
to make a connection from a first host to a final host
destination.  If this connection does not lead to the
final host connection, then another sockroute daemon
on a next host must be called, step 506, and the above
steps repeated.

The sockroute daemon on host_B then sends a
response back to the socket routing service on the
originating host, host_A, step 509.  Host_B cross
connects the TCP and SNA sockets on host_B, step 511.
When the routing service on host_A receives the
response, host_B pulls out of the way.  This leaves a

AT9-88-089

18

telnet connection all the way from host_A to host_B, step 513.

It should be noted that since host_C is the end of the line, its socket layer is entirely unaffected for data transfer purposes.

There is a function called getpeername () that is part of the sockets programming interface. A socket can also be queried as to which service is connected to it. For example, if host_C queried its socket to determine which service at the other end it was connected to, the response would be the intermediate host, host_B, instead of the actual service at the other end of the connection which in this example is host_A. Therefore, the getpeername would need input from the socket routing code at both ends of the connection, as well as some kernel changes, for it to work in a transparent fashion. For transparency, the getpeername would respond with host_A, the real end of the completed connection, if the socket in host_C was queried as to the party at the other end of the connection.

The details of the address mapping and socket routing facilities within the socket layer 32, which effectuates the cross domain connections, are described hereafter.

Gatewaying of socket based protocols is achieved by looping two sockets together at the top end. Such a mechanism would allow a router to create a path that would cross domain boundaries. A router in this context would be program code that would decide how to get to one data processing system to the other such as in the internet layer of TCP/IP. SNA also has similar code. The mechanism for looping two sockets together at the top end would not require file descriptors, or

TCORDEL0000055

AT9-88-089

19

process switching time on the connecting node, once the connection is established.

The following illustrates the changes to the socket layer interface of an operating system, such as the AIX operating system that utilizes the Berkeley sockets, that may be made to implement socket routing of this invention. These changes include the following:

* modify "connect" to catch cross domain connects
* add "connectto" to implement implicit routing from application level.
* as an option, create library functions for routing
* modify socket buffer handling, etc. to allow cross connections without process intervention
* as an option, add function so getpeername works transparently
* define socket routing protocol and messages (in kernel or as a daemon)
* if needed, modify nameserver for domain gateways and routing info.

If **connectto** is not used to hide the routing from the user in a library, it is also possible to create library functions to perform the routing. However, the user will require a facility to figure out which machine has a socket routing daemon to service an intermediary. These functions(s) would allow a user program to invoke socket routing with minimal effort. Possible function to be defined are:

* "get_route" - user program asks for route (useable by connect())
* "get_type_of_socket_I_should_open_to_get_to_ host" - done against the return from "get_route" -or does implicit "get_route".

AT9-88-089

20

PO 13B
   B

P1
P2 5

H13B

P1
P2 H13B

P

```
*  connectto" - (1)  looks up route, (2) creates
   a socket in proper domain, (3) established
   connection.
   i.e., instead of
      hp = gethostbyname(host);
      (fill in sockaddr from hp ...)
      so = socket(AF_XX, SOCK_STREAM,O);
      connect(so, sockaddr, sockaddrlen);
   a program does
      so = connectto( host, SOCK_STREAM, O);
```

In addition, modifying socket buffer handling
will allow cross domain connections without process
intervention.  Previously, a socket is set up such
15   that when data arrives, the data is stored in a queue
while the data waits for a process to read it.  At the
gateway, the socket routing machine, when data arrives
from one end of the connection, the data has to be
automatically sent out the other side to the other end
20   of the connection, and vice versa.

A current implementation of socket buffering
would require that a process be running against all
the sockets that are cross connected.  A more effi-
cient means would be to add this cross connection at a
25   socket buffer layer, so that no process scheduling
needs to be done to send the data on its way.  In
either case, flags are added to the socket data
structures.

As previously mentioned, additional function is
30   added to the "getpeername" function to enable the
intermediate host to appear transparently in the
connection between the originating host destination
and the final host destination.  Previously, the
socket peer address has been handled by protocol
35   dependent means.  A change is required so that

21

TCORDEL0000057
A71

AT9-88-089

·21

getpeername() works correctly.  The change involves
having the peer address propagated by the route
daemons, in both directions.  Then the routing code at
each end of the connection would do a "set peer
5    address" operation, which would override the proto-
col's peer address function.

   The socket routing facility of this invention
also requires a socket routing protocol and messages.
It is desirable that the socket routing code handle
10    routing in a flexible manner.  To achieve this, a
preferred embodiment of this invention has a socket
routing daemon on each machine that is an interdomain
gateway.  The daemon would be listening on well-known
socket(s) for routing requests.  When a request came
15    in (via a connecting socket) the routing daemon would
examine the request and perform the desired action.

   These requests (and their responses) are as
follows:

   Messages For Socket Routing Protocol
20     – and the information that goes with each
       message

   route request – sent to request a route be set up
       – originator address
25     – hop destination address
       – flag for intermediate or final hop

   route request reply – received to indicate
   completion and success/fail of route request
30     – status for success or failure

   connectup request – sent to establish normal data
   pathway
       – <none>
35

AT9-88-089

22

Po 13

Pi 9

P5

    <u>connectup reply</u> - received to indicate completion
and success/fail of connectup request
    - status for success or failure

    The socket routing service code is used to
perform routing at the intermediate nodes, i.e. the
gateway node. When a request for service arrives at
the gateway machine, such as for any other socket
connection, the request for service would arrive at a
10  particular socket which would be the socket of the
socket routing daemon. The process with this particu-
lar socket open could be either in the kernel or
running as a user level process.
    Therefore, the socket routing service code can be
15  created as a daemon or in the kernel. Preferably, the
socket routing service code will exist mostly or
completely as a daemon. Some minor parts, such as
ioctls (input output controls) to tie sockets togeth-
er, may exist as part of the kernel. However, these
20  minor parts support the daemon, and are not really a
part of the socket routing service code. As an
alternative, it is also possible to put the routing
implementation part (as opposed to the route figuring
out part) in the kernel, which would save process
25  context switch time.
    Another modification may be made to implement the
socket routing of this invention. The nameserver may
be modified for domain gateways and routing informa-
tion. The (name) domain name server needs to have a
30  type of data for inter(socket) domain gateways. It
may also be desirable for it to find gateways when
looking up a host address. It would be desirable if
it would flag the fact that a host requires an in-
ter(socket) domain gateway to get to it.
35



AT9-88-089

23

     While the invention has been particularly shown
and described with reference to a preferred embodiment
including sockets, the underlying idea of cross domain
connections could be achieved with other operating
5    systems having other communication endpoints other
than sockets.  It will be understood by those skilled
in the art that various changes in form and detail may
be made without departing from the spirit and scope of
the invention.

10

15

20

25

30

35    CM     I claim: Claims>

24

TCORDEL0000060
A74

AT9-88-089

24

Claims

Claim 1.  A system for communicating between a first
data processing system in a first network domain
and a second data processing system in a second
network domain, said system comprising:

at least one communication end point object in a
layer of said first data processing system and in
said layer of said second data processing system;

means, independently of an application running on
either of said data processing systems, for
automatically routing, in said layer having said
at least one communication end point object, a
connection between said first processing system
and said second processing system; and

means for communicating over said routed connec-
tion between said first data processing system
and said second data processing.

Claim 2.  The system of claim 1 wherein the first
network domain is a Transmission Control Protocol
and the second network domain is a Systems
Network Architecture.

Claim 3.  A system for communicating between a first
data processing system in a first network domain
and a second data processing system in a second
network domain, said system comprising:

at least one communication end point object in a
layer of said first data processing system, in

AT9-88-089

25

7   said layer of an intermediate data processing
8   system, and in said layer of said second data
9   processing system;

10  means, in said intermediate data processing
11  system, for automatically routing, in said layer
12  having said at least one communication end point
13  object, a connection between said first process-
14  ing system and said second processing system; and

15  means for communicating through said routed
16  connection in said intermediate processing system
17  between said first data processing system and
18  said second data processing system.

1   Claim 4.  The system of claim 3 wherein said means for
2   communication in said intermediate processing
3   system immediately sends any data received from
4   one end of said routed connection to said other
5   end of said routed connection.

1   Claim 5.  The system of claim 3 wherein said at least
2   one communication end point object is a socket in
3   a socket layer of each of said data processing
4   systems.

1   Claim 6.  A system for communicating between a first
2   data processing system in a first network domain
3   and a second data processing system in a second
4   network domain, said system comprising:

5   at least one socket in a socket layer of said
6   first data processing system and in said layer of
7   said second data processing system;

AT9-88-089

26

8      means, independently of an application running on
9      either of said data processing systems, for
10     automatically routing, in said socket layer, a
11     connection between said first data processing
12     system and said second data processing system;
13     and

14     means for communicating through said socket
15     connection between said first data processing
16     system and said second data processing system.

1      Claim 7.  A method for communicating between a first
2      data processing system in a first network domain
3      and a second data processing system in a second
4      network domain, said method comprising:

5      creating, by said first data processing system, a
6      socket in said second network domain; and

7      invoking a routing facility to automatically
8      connect a socket in said first data processing
9      system to said created socket in said second data
10     processing system when said socket is created in
11     said second network domain; and

12     communicating over said socket connection between
13     said socket in said first data processing system
14     in said first domain and said created socket in
15     said second data processing system in said second
16     domain.

1      Claim 8.  A method for communicating between a first
2      data processing system in a first network domain
3      and a second data processing system in a second
4      network domain, said method comprising:

AT9-88-089

27

5      determining a means to make a connection between
6      a first socket in said first data processing
7      system and said second data processing system;

8      creating a second socket in the domain of the
9      second data processing system to establish the
10     determined connection; and

11     communicating over said determined connection
12     between said socket in said first data processing
13     system in said first domain and said created
14     socket in said second domain of said second data
15     processing system.

1      Claim 9.  An operating system for use with a plurality
2      of data processing systems for communicating
3      between a first data processing system in a first
4      network domain and a second data processing
5      system in a second network domain, said operating
6      system comprising:

7      at least one socket in a socket layer of said
8      first data processing system and in said layer of
9      said second data processing system;

10     means, independently of an application running on
11     either of said data processing systems, for
12     automatically routing, in said socket layer, a
13     connection between said first data processing
14     system and said second data processing system;
15     and

16     means for communicating through said socket
17     connection between said first data processing
18     system and said second data processing system.

TCORDEL0000064

A78



Print Of Drawing
As Original Filed
1/7
C. L. Owens,
MDS    AT9-88-089

07 304696

FIG. 1

TCORDEL0000065
A79



FIG. 2

TCORDEL0000066

A80

Print Of Drawing
As Original Filed

3/7
AD9-88-089

07 304696



~215

FIG. 3

Print Of Drawing
As Original Filed

4/7
A79-88-089



FIG. 4

Print Of Drawing
As Original Filed

5/7
AT9-88-089

07 304696



FIG. 5



Print Of Drawing
As Original Filed

07 304696

6/7
ATD-88-089

FIG. 6

TCORDEL0000070
A84



Print Of Drawing
As Original Filed
7/7
AT9-88-089

0 304696



FIG. 7