IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CISCO SYSTEMS, INC. and )
CISCO TECHNOLOGY, INC. )
                     )
        Plaintiffs, )
                     )
        v. )      CA. No. 07-113-GMS
                     )
TELCORDIA TECHNOLOGIES, INC. )
                     )
        Defendant. )

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 8th August, 2008, **INITIAL REPORT OF**

**DR. WILLIAM H. BECKMANN** was served upon the following counsel of record at the

address and in the manner indicated:


Jack B. Blumenfeld, Esquire                 VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Matthew D. Powers, Esquire               VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Paul E. Torchia, Esquire                  VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware  19899
(302) 654-1888

*Attorneys for Defendant*
*Telcordia Technologies, Inc*

*Of Counsel:*

Vincent P. Kovalick
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001
(202) 408-4000

Dated:  August 11, 2008
183192.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                                    VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

Matthew D. Powers, Esquire                                    VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Paul E. Torchia, Esquire                                      VIA ELECTRONIC MAIL
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

/s/ Tiffany Geyer Lydon
_____
Tiffany Geyer Lydon

183192.1