IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and </br>CISCO TECHNOLOGY, INC., </br> </br>        Plaintiffs, </br> </br>   v. </br> </br>TELCORDIA TECHNOLOGIES, INC., </br> </br>        Defendant. | )</br>)</br>)</br>)</br>)</br>)   C.A. No. 07-113-GMS</br>)</br>)</br>)</br>) |

## STIPULATION AND ORDER REGARDING PRETRIAL ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that paragraph 10 of the Scheduling Order (D.I. 13) is amended to extend the dates for the filing of *in limine* motions and the Final Pretrial Order by one week as follows:

(1) The parties shall file with the Court the Joint Proposed Pretrial Order on or before the close of business on September 22, 2008; and

(2) Motions *in limine* shall be filed by September 2, 2008. Answering Briefs shall be filed by September 15, 2008. Reply Briefs shall be filed by September 22, 2008.

The reasons for this extension are that the parties will be better able to digest the rebuttal expert reports due September 5, 2008 to permit more focused submissions to the Court, and that the same parties and counsel will be involved in an International Trade Commission hearing from September 3 to 9, 2008. With the pretrial conference set for October 16, 2008, the Pretrial Order would be submitted on September 22, 2008, three and one-half weeks before the conference.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Tiffany Geyer Lydon* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>*Attorneys for Plaintiffs* | Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>*Attorneys for Defendant* |

SO ORDERED this _____ day of August, 2008.

_____
Chief Judge

2446946