IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., and <br> CISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TELCORDIA TECHNOLOGIES, INC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-113 GMS <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

At Wilmington this 18th day of August, 2008, having reviewed and duly considered the parties' letter requests to file motions for summary judgment;

IT IS ORDERED that the letter requests to file motions for summary judgment (D.I. 47, 48) are DENIED.[1]  The court finds that there are triable issues of fact on the claims raised by the parties' letters.  Further, the parties are advised to stipulate to those facts on which they agree in the Joint Pretrial Order.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] As a result, the summary judgment teleconference scheduled for August 27, 2008 is not necessary and will be removed from the court's calendar.