IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and<br>CISCO TECHNOLOGY, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>TELCORDIA TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 07-113 (GMS)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

The parties to the above action having reached a settlement agreement, they hereby stipulate and agree to the dismissal, with prejudice, of all claims and counterclaims.

MORRIS NICHOLS ARSHT & TUNNELL LLP       ASHBY & GEDDES

*/s/ Jack B. Blumenfeld*                                      */s/ Steven J. Balick*

Jack B. Blumenfeld (I.D. #1014)                   Steven J. Balick (I.D. #2114)
1201 North Market Street                               John G. Day (I.D. #2403)
P.O. Box 1347                                                   Tiffany Geyer Lydon (I.D. #3950)
Wilmington, DE  19899                                  500 Delaware Avenue
302-658-9200                                                   8th Floor
jblumenfeld@mnat.com                                 P.O. Box 1150
                                                                         Wilmington, DE  19899
*Attorneys for Plaintiffs*                                302-654-1888
                                                                         sbalick@ashby-geddes.com
                                                                         jday@ashby-geddes.com
                                                                         tlydon@ashby-geddes.com

                                                                         *Attorneys for Defendant*

　　　　　SO ORDERED this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Chief Judge